ORIGINAL

(Name) MR. Joseph W. Jones-Bey.
(Address) P.O. BOX 290066
(City, State, Zip) Represa, C.A. 95671
(CDC Inmate No.) #D-41658

FILED
APR 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓  Pro Se ___

# United States District Court
## Southern District of California

(Enter full name of plaintiff in this action.)

Joseph W. Jones-Bey.
                        Plaintiff,

v.

Harrahs Casino,

_____,
(Enter full name of each defendant in this action.)
                        Defendant(s).

)
)
)
)  '08 CV 0680 L CAB
)  Civil Case No. _____
)  (To be supplied by Court Clerk)
)
)
)  Complaint Under the
)  Civil Rights Act
)  42 U.S.C. § 1983
)
)
)
)

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. **Plaintiff**: This complaint alleges that the civil rights of Plaintiff, J.W. Jones-Bey. Above
(print Plaintiff's name)
, who presently resides at P.O. Box 290066
(mailing address or place of confinement)
Represa, C.A. 95671 , were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at Harrah's
Casio 777 Harrh's Rincon Way
Valley Center, C.A. 92082 on (dates) 05-22, 05 , and
(institution/place where violation occurred)           (Count 1)    (Count 2)   (Count 3)

2. **Defendants**: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)
::ODMA\PCDOCS\WORDPERFECT\228341\1

Defendant **Sherry Stone** (name) resides in **San Diego** (County of residence), and is employed as a **P.D.** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **P.D. for the State of C.A.**

Defendant **Donald M. Rosenstock** (name) resides in **San Diego** (County of residence), and is employed as a **State Attorney** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Work for the state, and acted with state employees.**

Defendant **Jane Doe** (name) resides in **San Diego** (County of residence), and is employed as a **Security for Harrahs** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Acted with Sheriff Deputy A. Radicia**

Defendant **Josephine V. Negrete** (name) resides in **L.A.** (County of residence), and is employed as a **N/A** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Acted with Deputy A. Radicia.**

Defendant **John Erickson** resides in **San Diego**,
(name)                                                              (County of residence)
and is employed as a **Harrah's casino**. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Acted with Deputy Radica.**

Defendant **John Ballard** resides in **San Diego**,
(name)                                                              (County of residence)
and is employed as a **Investigator**. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Work with D. M. Rosenstock.**

Defendant _____ resides in _____,
(name)                                                              (County of residence)
and is employed as a _____. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

Defendant _____ resides in _____,
(name)                                                              (County of residence)
and is employed as a _____. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

Harrahs casino.

Defendant _(name)_ resides in San Diego (County of residence), and is employed as a OWNER _(defendant's position/title (if any))_. This defendant is sued in his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: there security officer acted with San Diego sheriffs Dept officer

Defendant Radicia _(name)_ resides in San Diego (County of residence), and is employed as a Deputy Sheriff _(defendant's position/title (if any))_. This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Work for the state of C.A. As a sheriff.

Defendant Christy Galloway _(name)_ resides in San Diego (County of residence), and is employed as a probation officer _(defendant's position/title (if any))_. This defendant is sued in his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Work for the state of C.A. As a probation officer

Defendant Natatie Villflor _(name)_ resides in San Diego (County of residence), and is employed as a D A _(defendant's position/title (if any))_. This defendant is sued in his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Work for D.A. office for the state of C.A.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated:

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

HARRah's casino who misuse they power, AnD had the plaintiff Arrested illegal.

The plaintiff Received Funds from From Ms. V Negrete, AnD was in Line To get money from his wife when He was Force out side by casino Staff. up on getting out I gave my I.D. security B. Cochrane, AnD went to our truck to explain To wife. up on coming to get my I.D., AnD pAy ms. Negrete, the Sheriff Arrested the plaintiff for No crime. I Never Tryed to Leave casino, AnD was Refuse to pAy the LAdy her money Back.

§ 1983 SD Form (Rev. 5/98)                3.-1.                ::ODMA\PCDOCS\WORDPERFECT\22834\1

Count 2: The following civil right has been violated: _____
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Deputy Anthony Radicia, Lied in his Report About the plaintiff. The plaintiff Never did this crime, but Beause he is Black the Deputy believe He could get Away with it. I Never Tryed to Leave casino in Fact I Was in money Line Waiting on my Wife to get some money from her to give Ms. Negrete, back her money When security Force me out the casino. I Never tryed to Leave casino But this Deputy Lied in his Report that I was And did Not have any money to pay Back. this Deputy Refuse me, And my Wife to pay Ms. Negrete, her money Back. This Deput had No Right to Arrest me, None what so ever. No crime happen.

Count 3: The following civil right has been violated:
(E.g., right to medical care, access to courts,

§ 1983 SD Form (Rev. 5/98)                   4 - 1                   ::ODMA\PCDOCS\WORDPERFECT\22834\1

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

CHRISty GALLoWAy. 7ouND ont the Truth, bnt dne to the code of SiLENce she Back nß the Depnty knowing the plainti77 had Not did a crime. heR oFFice Was given more Information then the conRT 7rom cLERB.

  She Lied in her probation Report About D.N.A. AnD my son Was by Another mother.

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☐ No.

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 4

Natalie Villflor D.A. cover up her findings after she knew no crime had happen. She refuse to dismissed case in the interest of justice, and up hold the law. From her investigation she acted with-in the code of silence

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☐ No.

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 5

Sherry Stone, Refuse to bring the Fact's out in Court, And cover up that no crime had happen. She had a false psych Report did. She went out her way, and made confidential statement's she should of not made in court about my mential Health care.

D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☐ No.

§ 1983 SD Form
(Rev. 5/98)

5-3

::ODMA\PCDOCS\WORDPERFECT\22834\1

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated:

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 6

Donald M. Rosenstock, and John Ballard. Cover up evidence after being paid to investigate fact's. Mr. Ballard, was to take a statement from victim to show all she wanted was her money back, and the Deputy lied to her that my wife, and I had no money to pay her. The Deputy refuse my wife to talk with the victim, and pay her back. D.M. Rosenstock, turn over information to hurt me. The investigate was to tape Negrete, statement and write it out for her to sign. He taken (3) week's to talk with the victim, and did not tape it. I paid him $300.00 to do this A.S.A.P.

Count 2: The following civil right has been violated: _____
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 7

Josephine V. Negrete, Refuse to Make A Report after Learn that Deputy Lied to her, And use her in a illegal Act.

Negrete, Acted With D.A., And Deputy, to cover up what was the Fact's of Evidence to illegally convict the plaintiff.

Count 3: The following civil right has been violated: _____
(E.g., right to medical care, access to courts,

§ 1983 SD Form (Rev. 5/98)    5-5    ::ODMA\PCDOCS\WORDPERFECT\22834\1

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 8

JANE DOE, who work for Harrahs Casino as head security cause this hold issue, And made a false 911 call to sheriffs Dept that a Robbery Was happen. All Tape's will show she made the call after the Fact, And a compromise Was in place, And all parties was out side After the plaintiff was force out side. I Was in money Line Waiting on my wife. Harrah's staff Refuse me to pay the Lady Back. No crime had happen.

### D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☐ No.

§ 1983 SD Form
(Rev. 5/98)                                              5 — 6                              ::ODMA\PCDOCS\WORDPERFECT\22834\1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Office of the Clerk

| | | |
|---|---|---|
| Victoria C. Minor<br>Clerk of Court | 501 "I" Street<br>Sacramento, CA 95814 | Divisional Office<br>2500 Tulare Street<br>Fresno, CA 93721 |

January 23, 2008

Case Number:     2:08–CV–00148–WBS–EFB

Case Title:     JOSEPH W. JONES–BEY,     vs.   JAMES TILTON,

Dear Litigant,

You are hereby notified that the above case number has been assigned to your action. You are to include the complete case number on all documents sent to the court for filing in this case. Failure to do so results in delayed processing of your documents.

All matters in this action shall be sent to the following address until further notice:

Office of the Clerk
United States District Court
Eastern District of California
501 "I" Street , Suite 4–200
Sacramento, CA 95814

For timely processing of your pleadings or correspondence, please comply with our Local Rules of Court, in particular:

**Local Rule 5–133** The court requires an original plus one copy of each document sent for filing. If you desire to receive a conformed copy for your records, you must send an original and two copies of your document and a pre–addressed postage–paid envelope for us to return your copy to you.

**Local Rule 5–135** Once the defendant(s) have served a responsive pleading, you are under an ongoing duty to serve them with copies of all documents you submit to the court. A proof of service shall be attached to the original of any document lodged or filed with the court, showing the date, manner and place of service. A sample proof of service is attached.

**Local Rule 7–130** Documents submitted to the court must be legible, on 8–½ " x 11" paper, with writing on one (1) side of the page only. Each separate document must be stapled at the top left corner and pre–punched with two (2) holes centered 2–¾" apart, ½" from the top edge of the page. Each page should be numbered consecutively at the bottom.

**Local Rule 7–132** Every document submitted to the court must include your name, address and prisoner identification number in the upper left hand corner of the first page. The caption on the first page must include the title of this court, the title of the action, the case number assigned to this action (including all initials and letters that follow the number), and the title of your document. If you are pursuing more than one action in this court, you must submit a separate original document and the appropriate number of copies for each action in which you want the document filed.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Office of the Clerk

| Victoria C. Minor | 501 "I" Street | Divisional Office |
|---|---|---|
| Clerk of Court | Sacramento, CA 95814 | 2500 Tulare Street |
| | | Fresno, CA 93721 |

February 8, 2008

Case Number:    2:08-CV-00289-FCD-CMK

Case Title:    JOSEPH W. JONES-BEY,    vs.    JAMES TILTON, ET AL.,

Dear Litigant,

You are hereby notified that the above case number has been assigned to your action. You are to include the complete case number on all documents sent to the court for filing in this case. Failure to do so results in delayed processing of your documents.

All matters in this action shall be sent to the following address until further notice:

Office of the Clerk
United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

For timely processing of your pleadings or correspondence, please comply with our Local Rules of Court, in particular:

**Local Rule 5-133** The court requires an original plus one copy of each document sent for filing. If you desire to receive a conformed copy for your records, you must send an original and two copies of your document and a pre-addressed postage-paid envelope for us to return your copy to you.

**Local Rule 5-135** Once the defendant(s) have served a responsive pleading, you are under an ongoing duty to serve them with copies of all documents you submit to the court. A proof of service shall be attached to the original of any document lodged or filed with the court, showing the date, manner and place of service. A sample proof of service is attached.

**Local Rule 7-130** Documents submitted to the court must be legible, on 8-½" x 11" paper, with writing on one (1) side of the page only. Each separate document must be stapled at the top left corner and pre-punched with two (2) holes centered 2-¾" apart, ½" from the top edge of the page. Each page should be numbered consecutively at the bottom.

**Local Rule 7-132** Every document submitted to the court must include your name, address and prisoner identification number in the upper left hand corner of the first page. The caption on the first page must include the title of this court, the title of the action, the case number assigned to this action (including all initials and letters that follow the number), and the title of your document. If you are pursuing more than one action in this court, you must submit a separate original document and the appropriate number of copies for each action in which you want the document filed.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____
_____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] _____
_____

(d) Issues raised:
_____
_____
_____
_____

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

Sheriffs Dept Refuse to Act on complaint

CLERB complaint was file And Exhausted.

E. **Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):

2. Damages in the sum of $

3. Punitive damages in the sum of $

4. Other: Appoint A ARBiTRator

F. **Demand for Jury Trial**

Plaintiff demands a trial by ☑ Jury ☐ Court. (Choose one.)

G. **Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☑ Plaintiff consents to magistrate judge jurisdiction as set forth above.          OR          ☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

03-19-08
Date

Joseph W. Jones-Bey
Signature of Plaintiff

§ 1983 SD Form
(Rev. 5/98)

7

::ODMA\PCDOCS\WORDPERFECT\22834\1