The Judge found, or D.A. that I was doing a civil compromise with the victim And the only person knew my plan's was Rosenstock; And Ballard.

Rosenstock, statement is moot he Did Not have Alot of Doc's to go over None really, he was Not hire to go to Trial Bnt get a Deal, he did Not Do That bnt Lied to me he Had (6) year's on the table. A proper Attorney pnt Deals on Record, Not Table's.

I Ask the Judge Abont Rosen- stock, (6) year dear he talk to him Like a Lil kid, And said he Basely Lied to me.

- 2 -

on Record).

Rosenstock, is a Lie the Judge told him that on Record.

Yes the Judge did Write Note's to This (61 year deal, that Rosenstock Had Not tALk with him at All, on Record.

I Received it Witnesses Information from him.

My exposnre Was (8) year's And 181 years When he Left.

Rosenstock had No Business To go Discovery. with my Letter's Show he Refuse to do his job

— 3 —

I Requested psych information to Be up Dated, I Requested A program, Requested a Nnmber of time.

Rosenstock, did Not even pnt on Record I Was in a Drng program to start on the 27 of may 05

Rosenstock pnt in No time on This case. At the most he have (3) Honr's of B.S.

one don't Negotiated pro-Fessionally With the D.A. office Less one get exposnre Lock in on Record. Rosenstock, talks how Long he's been a Attorney. Now He's on the moon;

-4-

And Need to come down to Earth.

This statement by Rosenstock, Also Show Maynard, a Lie, he Was Never Hired to fight (3) Strike's case But (8) year's.

Rosenstock, missed his caling on This case. that Was to push his client psycological exam's, And his Enrollment in A Drug program.

That his client Should of been Lock up on the 20th of may 05 By his P.O When he told him he Was out of his mind, And Not know-ing What he Was doing.

- 5 -

Rosenstock, Letter states that he
Refuse to do what I wanted, And
Did what he wanted to Do.

See Jones, Letter on getting
his Action's to get Client's for him.
I must say he Refuse most of my
Re-ferrals but one C. Hoilly.
This show what my way was to
get Funds, And A Number of
Client's was given to Attorney
Maynard, he Lied on his fee's
soon as I get my property I
Will show in his own words that
I paid him more then $1000.00

— 6 —

Both of these Attorney may been good At one time.

Rosenstock, made Race statement's to a point. Boy you don't know Where your At we Basely Kill Nigga's in North County.

Rosenstock, Was Ask to contact LAW Enforment who could help of him Win this case in the Interest of Justice.

No one But GOD gotten me (51) year's And the Truth to Judge. the Funny then About it The Judge Believe in me, And if he Would of had All the Facts to mental Health, Would of help me

- 7 -

This Judge Look out for me Like family.
He Let me come home for (90) DAY'S
After I told him I Was feed up
with my Life.

Did maynard, tell me What was
Best for me are Rosenstock, NO.
He should of told me to Enroll in
A program, AnD show the Judge
Evidence I Was Needed for my
family.

The Judge did Not know
The issue to mental State, are
Enrollment in a program, AnD
most of All SAfety to his
family.

– 8 –

## RESPONDENT'S STATEMENT OF FACTS

Applicant                          )
                                   )
WAYNE  JOSEPH  JONES               )
                                   )        Case Number:    SCN 195-245
                                   )
                                   )
_____)
Respondent

DONALD  M.  ROSENSTOCK

**RECEIVED**

DEC 0 5 2007

**SAN DIEGO
COUNTY BAR ASSOCIATION**

If space is insufficient, please attach additional pages.

_12/1/07_
Dated

_____
Respondent's Signature

PEOPLE VS. WAYNE JOSEPH JONES                    DECEMBER  03, 2007

SCN 195-245

RE:   ARBITRATION OF FEES

TO WHOM IT MAY CONCERN:


I was retained by Robin Jones on behalf of her husband Wayne Jones,
on July 31, 2005.  A copy of that retainer agreement is attached,
as well as copies of the Felony Complaint, and the Amended informa-
tion.  Also included, a two page letter from John Ballard, my invest-
gator in this case, and a three page memorandum work sheet from
the former public defender in this case, Sherry Stone, which
describes some of the problems she also dealt with in her repre-
sentation of defendant, including his attempt to have Mrs. Stone
relieved as counsel under a Marsden Motion against her.

I have practiced law since January 1959.  I graduated from U.C.L.A.
in 1954 and U.S.C. Law School in 1958.  I have specialized in the
Criminal Field of Law for forty eight years.  I have handled well
over 200 homicide cases, and sat as a Judge Pro tem in the Los
Angeles Municipal Court.  I have been certified by the State Bar
of California as a specialist in the Criminal Field of Law.

A fee of $5000.00 was agreed on by Mr. & Mrs. Jones, as a retainer,
only, it was understood additional fees would be required if the
case would go to trial, but Mr. Jones told me he only wanted me
to negotiate his sentence, and that he did not want to go to trial.

The best offer to Mr. Jones, who had several prison priors and
strikes, was eight years in prison.  At one of the last settle-

PEOPLE VS. WAYNE JOSEPH JONES

Pg. two

ment conferences that I attended, I was able to get the Judge to consider six years, but it was not a promise, but I was told to talk to my client, which I did. I told him this offer was a possibilty, but he would need to decide immediately. This was not an official offer by the Court or D. A.. But In my experience with Judge Kirkman, if he says he will consider it, I take those words seriously and will convey that possibility to my client. My client wanted the case to go over to 2006, because he believed that the Three Strike Law was about to change in his favor. He did not except the possible six years. The Judge did not write any notes on the six years in the file because it was not an official offer from the Court or D. A.. Mr. Jones had discovery information from the Public Defender as well as from my office. I can't say how he got witness information. I never made any promises to Mr. Jones, as to results in his case, when I was retained, he had a great exposure. I know better.

If I worked for an hourly rate on this case, my normal rate would be $350.00 an hour to $400.00 depending on the case. The discovery in this case consists of over two hundred and fifty pages, including Mr. Jones letters over 51 pages, 55 pages transcript of Preliminary Hearing, his prior Criminal Records his psycological exam, his Parole Violation Hearing based on this case and various Sheriffs reports and correspondence.

PEOPLE VS. WAYNE JOSEPH JONES

Pg. three

I only received part of my retainor, $3000.00, which did not nearly compensate for the time I put into this case. I saw this defendant on numerous occasions in the Vista Jail, or at the Court Lock Up, after Court Hearings. I appeared on his behalf on six different occasions and made a special trip to the jail to get his property released so I would send his wallet and contents to his wife. I spoke to her on many occasions by telephone and also the defendant. I contacted my investigator Mr. John Ballard and and gave him information on the case so he could work for the Jones family. I negotiated with the D. A.'s office, at higher levels, to reduce his exposure . I would estimate that I have at least forty hours of time invested in this. Please see the attached letters and documents to further understand why this client has been difficult to deal with by myself and others.

Most sincerley yours,

DON ROSENSTOCK
Attorney at Law

Joseph W. Jones Sr.
#D.-41658   BI-123
P.O. BOX 2900066
Represa, C.A. 95671
CSP — SAC
In pro-per

ARBitRation committee
of S.D. Connty BAR Association.

Joseph W. Jones SR,
        Applicant
    vs
James N. MAYNard,
        Respondent

Case No. 866854

Applicant
Statement of
Fact's

On Jan 26, 2006 of Retained
MR MAYNard, Service Not to defend
me against A Three strikes Charge
of theft My Exposure was Not 27
year's to Life.

-1-

my exposure Was (8) year's. I had on Record Less I Went to Trial (8) year's Would be on the Record I did Not retained MR. mayNaRD To defend me on a Three strike's Charge. see Transcripts.

MR. mayNaRD, Should of gotten me mental help if I Would Fight (3) strike's With 19 prior strike's.

MR. MAyNaRD, First motion Was file untimely With No merit.

he Also told me he Would defend my case to the hilt.

- 2 -

The Court Transcript do Not Lie.

MayNard, stated he would buy me time that's What I hire him for And to file proper motion's All the way to the Appellant Court.

The Judge Ask Was it any Reason for sentence Not hitt.

MR. maynard, Knew I Was Enroll in A program the DAy of Arrest for the first time in (48.1 year's

He Would Not Address the court With my mental Health issue's are family safety And hardship.

MR. maynard, Response has NO

- 3 -

merit.

The court Transcript will show who gotten (81 year's form to (5) year's my truthfullest with the court serve The merit to this case.

MR. maynard, Was to pay me $400.00 off my Bill for Re-ferrals..

The Judge Was very up Set with MR. maynard, on The DAy of my Deal he had Nothing coming from the court Because he Was Late

- 4 -

d seen how mad the Judge Was And only knew one way ont After maynard, Refuse my Request's that. Was to put my Life in the hand of the Lord, And ask the Judge for Mercy. The Judge Seen how good d Was doing on the St d even help ont With LAW Enforcement.

MR. maynard, sTATement is moot, he Lied to me to get my money, And people d Refer to him.

- 5 -

(#1)    he was Not hire to fight A Three strike's charge.

(#2)    motion file Not timely

(#3)    At sentence was the time for Him to Re-visit the motion 17^b with the Romero to have The Charge to a Lesser Charge

(#4)    he Refuse to Address the Conrt with mential health Drng program, And Family Hardship

- 6 -

# PROOF OF SERVICE

(C.C.P. §2015.5; 28 U.S.C. §1745

I, _J W. Jones - Bey_, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

_P.O. Box 2900066_
_Represa  C.A._
_95671_

On, _____,_____, I served the following documents:

_Request for All Court Transcripts_
_In the Case  Wayne J. Jones_ on the below named individuals by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. _Clerk of the_
_Court._
_325. S. melrose DR_
_Vista, C.A. 9_

2. _S.D. County Bar_
_1333  7TH Ave_
_S.D.  C.A. 92101_

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _____ day of _____, _____, at California State Prison at Sacramento, Represa, California.

(Signature)_Joseph W Jones-Bey._
Declarant

## MR. Donald Rosenstock.
### Attorney At Law

117 N. Broadway
Escondido C.A. 92025
(760) 742-0077

9460 Wilshire blvd
Suite 830 Beverly Hills
C.A. 90212
(310) 273-4040
FAX (310) 273-0829

Donald Rosenstock, is dedicated to fighing for your Legal Rights with honesty, And Integrity.

Professional, experienced, And quality Legal Services in all areas of criminal defense.

quality Legal defense Attorney At a price you can pay. Have a Family member to call and set up a contract for you. Be show to have your Family member to state that WAYNE J, JONES SR sent you, And get a Disconut.

I. Joseph W. Jones SR. given MR. Rosenstock.
$3.000 dollar's to take my case.

up on the one of the time's I meet
with MR. Rosenstock, he did Not know me, And
I Notice it was a problem. I EVEN have
on Record the Judge Explain to Rosenstock,
my deal was NeveR (6) year's but (8) year's.

MR. Rosenstock, did Not do EVEN one motion
He did Nothing But make mistake's, he
EVEN given me All the Witnesses Address
And phone No's. He has ALheimers.

MR. Rosenstock, did Nothing but put
my case off for $3.000 And Never gotten
The Deal he told me And my family he
gotten for (6) year's. Rosenstock, Should
Not be a LAWYER any more. just talk
to him. I'am Requesting Arbitration
on Fee's form From your office of the
STATE BAR with this Complaint.

Date: 12-10-06          x Joseph W. Jones
                          Joseph W. Jones

12-10-06

DEAR MR. Rosenstock,
Sir please may d have At
Least half of my money
Back. $1500.00

Sir, you've did No work
on the case Bnt pnt it
OFF ont of the (4) OR (5)
month's you had the case.
please this is only Right.

Thank you. please
Show GOOD Fait.

GOD Bless

Joseph W. Jones Sr

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
### DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name:<br>*Nombre del Encarcelado:* | Booking No.:<br>*Número:* | Facility:<br>*Cárcel:* | Housing Unit:<br>*Tanque:* |
|---|---|---|---|
| | | | |

MR. Rosenstock, please ol Need MR. ATwell, to have A copy of the Hold Case File.

ol Need to Know is it A proper And professional psyh Report did. Also ol ment to tell ol have MiLD memory Loss.

Please See to this siR.

Joseph W. Jones Sr.

J.

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

**SAN DIEGO COUNTY SHERIFF'S DEPARTMENT**
**DETENTION FACILITY SERVICES**

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name:<br>*Nombre del Encarcelado:* | Booking No.:<br>*Número:* | Facility:<br>*Cárcel:* | Housing Unit:<br>*Tanque:* |
| --- | --- | --- | --- |
| | | | |

01-05-06

DEAR MR. ROSENSTOCK,

I Hope All is Well With you, And
youR in the very best of the Lords
grace.

I'am O'kay on this site stay-
ing Very Strong. I understand
you see My case one Way and I
anoTheR, bnt you AlSo understand I
Have a Right to have the Last Say
on my case.

please MAY I have a Copy
of the psych Report did By PD STONE.
There is alot of things you conld of
did to Win this case bnt you didn't.
I Would Like a Written Report on
What you did on this case with
younR time.

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

**SAN DIEGO COUNTY SHERIFF'S DEPARTMENT**
**DETENTION FACILITY SERVICES**

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name:<br>*Nombre del Encarcelado:* | Booking No.:<br>*Número:* | Facility:<br>*Cárcel:* | Housing Unit:<br>*Tanque:* |
|---|---|---|---|
| | | | |

I Need time for my investigator to do a full in investigation on this case it's alot of nnanswer issne's on this case that have to be ASWeRed before I TAKe 6 year's. please I Want this 6 years on the table in open CouRT. please I Want a Copy of the 911 tape in Transcript.

I Want to Know What Witnesses Stated at the C.L.E.R.B.

Hopefully We can tAlk Like professio- nal's on the 18TH

___

Thank you & GoD Bless

Joseph W. Jones Sr

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

- 2 -

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name: *Nombre del Encarcelado:* | Booking No.: *Número:* | Facility: *Cárcel:* | Housing Unit: *Tanque:* |
|---|---|---|---|
| | | | |

Robin, don't understand how important it is to have A investigator on top of evidence from day one. you might of counsel her on what is going on. please give me just A min ol'm having picture's, And a Buoket of the plot place. ol will give you the fee's what you feel is Right with the plot they go for $1500.00 on the market. the paper will be did a.s.a.p. out the Next two week. ol'am going to try to do it By mail from the place where the plot is. ol've would of been call you ol don't have a phone card And my $40.00 ol sent back is still in the mail. ol hope every— thing Trun out o'kay with my inves- tigation. ol didn't know you knowed what a civil compromise is.

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name:<br>*Nombre del Encarcelado:* | Booking No.:<br>*Número:* | Facility:<br>*Cárcel:* | Housing Unit:<br>*Tanque:* |
|---|---|---|---|
| | | | |

Just playing with you.

MR. Rosenstock, please if you can't get this case dismised with a finding d would another pnt off to March 2006 to get some family business together. MR. Rosenstock, please do A motion for me on insnfficiency are let me do it. d have good evidence, And what is it going to hurt d understand this North county bnt most of all d understand onR US. constitntion by onR founding fore-fathers what Judge is going to make his self look bad? over some B.S. case. P.C. § 484 you gotten to have feloniously, steal, take, carry, lead, or Drive away the personal perperty of Another. MR. Rosenstock, She give me the money the conet don't have it

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

- 3 -

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
### DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name:<br>*Nombre del Encarcelado:* | Booking No.:<br>*Número:* | Facility:<br>*Cárcel:* | Housing Unit:<br>*Tanque:* |
|---|---|---|---|
| | | | |

I'll stop this shit, And let it go
to the Appeals court to be rule
on. tell me I am wrong. get me
out of here Resenstock, Where is
that Self-esteem. yes I'll work
on more money this $2,000.00 is
going to be out the way. how Do
you think I feel when I see you!
as a Angel. My ass would be do-
ing 8 year's today if it wasn't
for you. Now All these other Lawy-
er would help me Like you did. all
these other Lawyer's talk shit about
you behind your back. one P.P. told
this guy who ask how you was be-
cause I told him he could get you for
5,000.00 the PD told him he was
better With the PD he had. Weston,
told me these people know you hear

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

— 4 —

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
### DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name:<br>*Nombre del Encarcelado:* | Booking No.:<br>*Número:* | Facility:<br>*Cárcel:* | Housing Unit:<br>*Tanque:* |
|---|---|---|---|
| | | | |

And you ain't taking No case to
Trial that make deals. that the
Court know your hand. See mr.
Rosenstock, I ain't just talking. I'll
put my Life in God, And your hands
today to go to Trial with you. I'am
putting up 27 to Life. Rosenstock,
give this people something to take
about. hell you can win this case
with a motion. Hell I pay for it
but I want motion to go to the
Appeal Court if This Judge don't
Dismissed. Also I with a picks
motion on this Deputy. make think
What is Rosenstock doing. I Love
you I'll Keep my word to the
Hilt. Respect & peace.

・7・

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED.  Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

### SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
### DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name:<br>*Nombre del Encarcelado:* | Booking No.:<br>*Número:* | Facility:<br>*Cárcel:* | Housing Unit:<br>*Tanque:* |
| --- | --- | --- | --- |
| | | | |

P.S. MR, Rosenstock, if you think of'am Lying about Robin, our Son's Name is the Same as my Joseph W, Jones Jr. he Was Book-in at 77 Div.

My Word is All

I have.

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

08 - 17 - 05

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name: | Booking No.: | Facility: | Housing Unit: |
| Nombre del Encarcelado: | Número: | Cárcel: | Tanque: |
|---|---|---|---|
| | | | |

Dear Mr. Rosenstock,

hope All is well with you on that site. please understand where I'am coming from. I want a good Deal A program are a N-Number but only if I have too.

please suppress the Evidence then 995 motion.

Robin, will State the Truth. There is No intent in this case.

Mr. Rosenstock, please understand order the psyh Report from sentencing 1991, ORDER A New psyh Report of mind State. The one did is Bias because P D Action's. Mental Health Janet Wright, has The o'kay to Let you see her Notes.

~ 1 ~

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED.  Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name: *Nombre del Encarcelado:* | Booking No.: *Número:* | Facility: *Cárcel:* | Housing Unit: *Tanque:* |
|---|---|---|---|
| | | | |

The office who did the psyh Report from 1491 1150 N. San Fekando Rd Ste 101 L.A. C.A. 90065

This case can be won by you. please Let me know what you need.

Thank you

+ GOD Bless

— 2 —

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED.  Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

### SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
### DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name:<br>*Nombre del Encarcelado:* | Booking No.:<br>*Número:* | Facility:<br>*Cárcel:* | Housing Unit:<br>*Tanque:* |
| --- | --- | --- | --- |
| | | | |

P.S. MR Rosenstock,
I all so want to put
this case off to the
New year, too the New
Law's come in pro-66

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

**SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
DETENTION FACILITY SERVICES**

08 - 04

IT IS IMPORTANT for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name: *Nombre del Encarcelado:* | Booking No.: *Número:* | Facility: *Cárcel:* | Housing Unit: *Tanque:* |
|---|---|---|---|
| WAYNE J JONES SR | 070897 | V.D.F. | U.W.4.37 |

DEAR MR. Rosenstock,

sir I hope All is well with you And your in the very best of GODS grace. I'am o'kay on this site Now that I'am in GOD. And your Hands. Sir, you know What's fun-ny. I talk with MR. Beckler, The other Day after we where done talken about My Family, I explain I had MR. Rosenstock, as My Attorney, And I ask did he know you, his statement was the very same as yours when I ask you did you know him. oh Donald yes.

sir, I've talk with Robin, She explain to me that when I came up to her slot. She stated for me to look after her slot

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

1

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
### DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name:<br>*Nombre del Encarcelado:* | Booking No.:<br>*Número:* | Facility:<br>*Cárcel:* | Housing Unit:<br>*Tanque:* |
|---|---|---|---|
| | | | |

While she go to the ATM, And I ask her to get Change for me. She taken a min And I went to the Change booth to Looking for her, Then security Bill Cochrane, taken me back to Look for Robin At the slot's so I could ask Her for the money but she was Not back so he taken me out side to talk with me. about 15 min's went by, then Robin, came out of the Casino. I walk her to the Truck explaining to her The money I gave her to get change was Not mine And I Needed to give it to Security but the Sheriff came up as we pull up front at the Casino where security was And taken me to There Car

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED.  Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

— 2 —

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name:<br>*Nombre del Encarcelado:* | Booking No.:<br>*Número:* | Facility:<br>*Cárcel:* | Housing Unit:<br>*Tanque:* |
|---|---|---|---|
| | | | |

RoBin, tryed to give the money to the Depnty but he Refuse it. I even ask the Depnty conld I make this go WAy.

All this is on RecorD are Tape At parole Hearing.

Thank you!
& GOD Bless

Ps, give Robin a cAll AnD See if she came Around. I don't Rem- ember Nothing, I was Driank.

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED.  Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00.  Tel. 236-226

**OVER  /  VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

3

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name:<br>*Nombre del Encarcelado:* | Booking No.:<br>*Número:* | Facility:<br>*Cárcel:* | Housing Unit:<br>*Tanque:* |
|---|---|---|---|
| | | | |

MR. Rosenstock,

PLease get my WAllet
for me AnD maiL it
to Robin.

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name: *Nombre del Encarcelado:* | Booking No.: *Número:* | Facility: *Cárcel:* | Housing Unit: *Tanque:* |
|---|---|---|---|
| Wayne a. Rhodes | 8708877 | V.D.F. | U.W.4 54 |

1#    P.D. STone, 177014 Explain to open court whe the defendant is. given the witnesses Heads up who he is. the defendant is the only black male in the court Room.

     Evans vs. superior (1974) 11, c 3d 617, 114, CR 127.

     There was a field I.D. did At the Casino by staff, the allege victim could Not I.D. the defendant, But only after ID a stack of Napkins, And a Bottle of Water in his hands stated that could be the defendant because he left these Item's when she gave him the money.

2#    Both Witnesses Estrella Martinelli, And sandra Milla, stated that the defendant Layed down a stack of Napkins, And Bottle of Water. see Sheriff's Report Pg 5 of 6

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

~ 1 ~

**SAN DIEGO COUNTY SHERIFF'S DEPARTMENT**
**DETENTION FACILITY SERVICES**

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE* para la
persona que reciba ésta carta lea el reverso de ésta página.

| Inmate's Name: Nombre del Encarcelado: | Booking No.: Número: | Facility: Cárcel: | Housing Unit: Tanque: |
|---|---|---|---|
| | | | |

Both Witnesses testify that the alleged
Victim Given the defendant her money from
Her hand. PRELiminary Hearing Transcript
Pg 5 Line 26, Pg 13 Line 11, Pg 21 - Line 15,
Pg 4. Line 27.

Witness Milha S. stated that Estre-
Lla came up around the time defendant was
talking to victim Pg 12 Line 6, 7, 8.

Witness Martinell E. stated the defe-
ndand was Not there, And came up af-
ter she did. "Some is lying"

3# Deputy Radicia Destroy his Note's to A
investigation SPC 1054 (b)
Deputy Sheriff Report states that both
Witnesses stated to him that the defendant
Took, Taking Money from the Victim.
Martinell, And Milla stated in open court

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED.  Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

2

**SAN DIEGO COUNTY SHERIFF'S DEPARTMENT**
**DETENTION FACILITY SERVICES**

IT IS IMPORTANT for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name:<br>*Nombre del Encarcelado:* | Booking No.:<br>*Número:* | Facility:<br>*Cárcel:* | Housing Unit:<br>*Tanque:* |
|---|---|---|---|
| | | | |

That the victim handed the defendant her money. SOMEONE is Lying the witnesses are the Deputy.

Deputy NEVER Read the defendant his Mirandize Rights.

Deputy stated he responded to a call of 211. Where is the tape to the 911 call?

Deputy NEVER found no money on the defendant

Deputy Kidwell, call Deputy Radicia, a moron because he was to take all item's off of me before I Left Valley center sub-substation to be Transfer to V.D.F. but Left a wallet on me what could been anything.

Deputy Radicia, Lied in open court when he stated he didn't search the defendant's Truck but he had other Deputy's too, so he did.

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

~ 3 ~

**SAN DIEGO COUNTY SHERIFF'S DEPARTMENT**
**DETENTION FACILITY SERVICES**

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name: *Nombre del Encarcelado:* | Booking No.: *Número:* | Facility: *Cárcel:* | Housing Unit: *Tanque:* |
| --- | --- | --- | --- |
|  |  |  |  |

Deputy Radicia, testify that he did Not investigate the defendants wife in open Court, but in his Report he stated after his investigation he Released All partie's including Jones's wife Robin.

SHERIFF's Report Pg 4 of 6

Deputy Refuse to take the money from defendant's wife when she stated to him she had the money.

Listten to parole Hearing tape.

Withess Bill cochrane, stated At parole Hearing before he taking the defendant out The casino he stated where is the hady's money. I ask him to take me to my wife so I could tALK to her. I did Not WANt Him to Know I gave her the money to get change for me.

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED.  Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

— 4 —

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name:<br>*Nombre del Encarcelado:* | Booking No.:<br>*Número:* | Facility:<br>*Cárcel:* | Housing Unit:<br>*Tanque:* |
|---|---|---|---|
| | | | |

When MR BiLL Cochrane, found me I was at the Change booth Looking for my wife. Also the Witness MARtinelli, And a Slot techs was there.

The defendant was in-roll in warn Springs Drug program to check in on 05-27-05

#310 - 330 - 5482.

PArole office A, Jones, was ask to get the defendant psyh help on 05-20-05 mind state at the time of a crime dose matter. Psychiatric History Records MAy be Relevant to any type of crime see Peo VS, Reber supra And peo VS Duncan (2000) 78 CA 4TH 765, 93 - CR2d 173

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED.  Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name:<br>*Nombre del Encarcelado:* | Booking No.:<br>*Número:* | Facility:<br>*Cárcel:* | Housing Unit:<br>*Tanque:* |
|---|---|---|---|
| | | | |

MARTinell, Lied when she said defendant approached
her. I did Not have any money buy her
A drink are a room to take her to.

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED.  Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00.  Tel. 236-226

**OVER  /  VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

08-04 05

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
### DETENTION FACILITY SERVICES

IT IS IMPORTANT for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name: Nombre del Encarcelado: | Booking No.: Número: | Facility: Cárcel: | Housing Unit: Tanque: |
|---|---|---|---|
| W J Jones | 5708811 | V D F | W.W.4. 37 |

Dear Mr. Rosestock,

Sir I hope all is well with you! And your in the very best of health.

Just a note to say THANK you, and God for your time today.

Sir, we are still on Lockdown here but I wrote Robin, explaining to her it would be nice to talk with her. also I would Like her to Let you know before she come so you can try to talk with her again.

Sir, We'll see what happens She'll most Likely come talk with you before me because I am in The Dog House.

Thank you for your time

*Joseph W Jones Sr.*

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED.  Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name:<br>*Nombre del Encarcelado:* | Booking No.:<br>*Número:* | Facility:<br>*Cárcel:* | Housing Unit:<br>*Tanque:* |
|---|---|---|---|
| WAYNE J. JONES SR | 5708897 | V.D.F. | W.4.37 |

① Dear Mr Rosenstock,

Sir I hope All is Well With you on
That Site, And your in the very best
of your own self - esteem.

Just A Note to pay my Re-
spect to you, And God along with
Thanking you! for coming by to-
day.

I talk to Robin, toNight for
only A min. The Both of you should
Let the Court Know how Disrespectful
That P.D.  Mr. Rosenstock, She has
No Reason to be Like that with
you, are my Wife.

Sir, I am Working on The
issue of money as well as my
Wife. I Know We can Win this
Case are get A good Deal. I
Want to give you the evidence to

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED.  Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITÁ, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

— 1 —

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
DETENTION FACILITY SERVICES

09-03-05

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| | Inmate's Name:<br>*Nombre del Encarcelado:* | Booking No.:<br>*Número:* | Facility:<br>*Cárcel:* | Housing Unit:<br>*Tanque:* |
|---|---|---|---|---|
| A K A<br>WAYNE J JONES SR. | | 5708897 | V.D.F. | N.W.4.37 |

Joseph W. Jones Sr.

MR. Donald M. Rosenstock.
At LAW 117 N. Broadway
Escondido, C.A. 92025  # 760-742-0077

MR. Rosenstock, please take Notice
That I feel these might be some issue's
At issue in my case.
did you Reived a complaint From
Citizens' LAW ENFORCEMENT Review Board?
if Not call LyNN Setzler, special inves-
tigator. 1168 Union St ste 400 san Diego,
C.A. 92101  # 619-238-6765 FAX #619-
238-6775.  CLERB  CASE NO. 05-113
I feel there is No intent in
this misunderstanding. Josephine Ville-
gas Negrete, ask me to get Change
For her, And I Never tryed to Leave
The Casino. This is a degree of petty

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

~ 1 ~

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
### DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name:<br>*Nombre del Encarcelado:* | Booking No.:<br>*Número:* | Facility:<br>*Cárcel:* | Housing Unit:<br>*Tanque:* |
|---|---|---|---|
| | | | |

Theft. A person have to Leave out of Casino, Store, are place to be Charge. A defense to petty theft is to give item back before Leaving case LAW. Deputy Radicia, Refuse to Let my wife give T.V. Negeto. back her change.

MR. Rosenstock, please interd — And I feel that P.D. Stone had some — thing to do with psyh Report, And I Want A New one did, And the old one from sentence on case No. SA008335 RE: CASE NO. SA008335 Issue: Joseph W. Jones Sr. Santa monica court House 1725 Main St Santa monica, C.A. 90401 # 310-260-3641 L.A. Mental Healt Dept Ste 101 1150 N. San Ferando Rd L.A. C.A. 90065

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

**SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
DETENTION FACILITY SERVICES**

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name:<br>*Nombre del Encarcelado:* | Booking No.:<br>*Número:* | Facility:<br>*Cárcel:* | Housing Unit:<br>*Tanque:* |
|---|---|---|---|
| | | | |

MR. Rosenstock, please I Want All Witnesses investigated over. I do Not Trust Nothing PD. Stone, did. This is Why I have you as my Attorney.

1. Josephine villegas Negrete.

2. Estrella Marinelli.

3. Sandra R. Milla.

4. 911 tape & parole Hearing tape.

5. Deputy A. Radicia. # 4093

6. Robin P. Jones.

7. Bill Cochrane

MR. Rosenstock, please I Would Like to know your strategy. Sir, My strategy is to Look Like I am going to Trial, And be Ready.

I Want A motion file on pressing the Evidence Then 995. Their is a issue to Statements before Mirandize. but I Was Never Mirandize.

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED.  Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name: *Nombre del Encarcelado:* | Booking No.: *Número:* | Facility: *Cárcel:* | Housing Unit: *Tanque:* |
|---|---|---|---|
| | | | |

Have you se'en This News paper add.?
Mr. Rosenstock, do the Allege victim
have to come to court.?
These Witnesses have two side's of
What happen. Somebody have to be
Lying. I do have Somethings I want
these Witnesses Ask by your investi-
gateor. I really feel with the Right
motion's if in this case would Not make
it to trial.

$995 (a) (2) (B) & (A)
Hab P.C. §1473 §14.84 In-re Clark
1993

PeO vs Crudaimeton (1979) 88
CA3d 295, 299, 151 CR 737 (information)

Witnesses §1054. 3

RAW Witness Note's P.C. 1054. 5(b)
Trombetta / Yonngblood §11.24 see §12. 8

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED.  Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

### OVER / VEA AL REVERSO

J-56 Side One (Rev. 4/98)

~ 4 ~

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name:<br>*Nombre del Encarcelado:* | Booking No.:<br>*Número:* | Facility:<br>*Cárcel:* | Housing Unit:<br>*Tanque:* |
|---|---|---|---|
| | | | |

MR Rosenstock, please I would like A Copy of file to investigate the Record.

Thank you Very Much.

PS. What's up With A Resident-ial program are a N-No. At C.D.C.

GoD Bless

*Joseph*

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

### OVER / VEA AL REVERSO

J-56 Side One (Rev. 4/98)

**SAN DIEGO COUNTY SHERIFF'S DEPARTMENT**
**DETENTION FACILITY SERVICES**

9-25-05

IT IS IMPORTANT for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name:<br>*Nombre del Encarcelado:* | Booking No.:<br>*Número:* | Facility:<br>*Cárcel:* | Housing Unit:<br>*Tanque:* |
|---|---|---|---|
| | | | |

Dear MR. ROSENSTOCK,
Sir I hope All is Well with
you on that Site.
      please I Need a copy of my
file so I can make my mind up
to some issue's. All transcripts
And Reports. Also I Need A copy
of that psyn Report.
      I Would Like to have that
meeting. have you contact the
so call Victim.? I Need to Know
the head DA's Name for Vista
my PO. Want to send A Letter
to the Judge, DA, & you.
      Sir, you'll have you money
soon. thank you, please for give
me for taken so Long, it's Not
easy to Sale plots. I lost $2400.00
to get you the $3000.

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

~ 1 ~

**SAN DIEGO COUNTY SHERIFF'S DEPARTMENT**
**DETENTION FACILITY SERVICES**

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name:<br>*Nombre del Encarcelado:* | Booking No.:<br>*Número:* | Facility:<br>*Cárcel:* | Housing Unit:<br>*Tanque:* |
|---|---|---|---|
| | | | |

I am Saling two more For $2000
I Lose $1600.00 that. I want
every option to be Ran by the
DA.

NOW if I can get
$3000 are $4000 more can
you get the DA Where you
Want him. Let me know. I
know I can come ont of this
with No time. I Already have
in a County YEAR.

PS. please bring me a
copy of the File When you
come on the 7TH I know
you can get me ont of
here.
Thank you & GOD
Bless.                    Joseph W. Jones Sr.

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
### DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name: *Nombre del Encarcelado:* | Booking No.: *Número:* | Facility: *Cárcel:* | Housing Unit: *Tanque:* |
|---|---|---|---|
| | | | |

PS. SiR, please can I

get your help on making

the court have the SHERiff's

Dept Correct my Name.

Itis Causing me hardship's

Because Business people

WAnt to know Why I Use

another Name When I

Never did. I gave the

office my C.A. I. D. with the —

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED.  Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

Name Joseph W. Jones And Not
WAYNe Joseph Jones.

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
DETENTION FACILITY SERVICES

09-14-05

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name: *Nombre del Encarcelado:* | Booking No.: *Número:* | Facility: *Cárcel:* | Housing Unit: *Tanque:* |
|---|---|---|---|
| | | | |

MR. Rosenstock, I have faith in you And GOD. you'll have your money This Month. please I Need a copy of the file. I want to go over this case Myself Also. Let's get a strategy understanding. please prepare this case as if We are going to Trial. Then I know I will get the best DeaL. We have to show the OTHeR side That We are Ready for battle.

MR. ROSenstock, can you do a Trial for $3,000 Grand.

1. isit A Legal defense to these Charges.?

2. even if I did something is The DA Wrong About what Was in my mind.?

---

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED.  Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name: *Nombre del Encarcelado:* | Booking No.: *Número:* | Facility: *Cárcel:* | Housing Unit: *Tanque:* |
|---|---|---|---|
| | | | |

3. What is your strategy about preparing a defense.

4. what expert witness is Needed to help analyze our case, How much is that going to cost.

5. Have you subpoenaed All the Document ol Need.

6. what exactly has the investigator done.?

7. an formed client makes better decisions about their Life And Their Future.

8. Have you Received everything from discovery from the DA.?

9. How do this evidence Looks; what is the bad evidence.? What are the weak spots.? Do we Need to do any investigation to clear or develop evidence that

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED.  Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00.  Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

- 2 -

Appendix       K

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

CNI95245   DA   JAS59201

☐ CENTRAL   ☒ NORTH   ☐ EAST   ☐ SOUTH

DATE _07-28-05_ AT _08:45_ M.   05708897   **TRIAL CALL**

PRESENT: HON. K. MICHAEL KIRKMAN   JUDGE PRESIDING DEPARTMENT _003_

CLERK _SHELTON/MOORE_   Sue Ann VeMay 10093

REPORTER D'ANNE VANDENBURGH #1176   CSR# _____

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128   S. Angus

THE PEOPLE OF THE STATE OF CALIFORNIA

VS.   _____ DEPUTY DISTRICT ATTORNEY

JONES   WAYNE   J   B - PD   J. HARE   ATTORNEY FOR DEFENDANT (PD/APD/PCC/RETAINED)
DEFENDANT

VIOLATION OF 1 *PC484
ALLEG(S) _PC 666_   INT _____   ON FILE / SVN PR
PRIOR(S) _PC 1203(e)(4)  PC 667.5(b)/66882 PC667(b)-(i)/1170.12/667_ LANGUAGE _____

DEFENDANT ☒ PRESENT ☐ NOT PRESENT ☐ NOT PRODUCED

☐ PRELIM / TRIAL DATE CONFIRMED / REMAINS AS SET / VACATED.   ☐ READINESS ☐ MOTIONS REMAIN(S) AS SET / VACATED.

**R** ☐ DEFENDANT ADVISED OF RIGHTS, WAIVES RIGHTS.   ☐ DEFT. SWORN & EXAMINED.   ☐ DEFENDANT WITHDRAWS "NOT GUILTY" PLEA AND NOW PLEADS
**E** ☐ GUILTY ☐ NOLO CONTENDERE TO:   _People filed PC 1050-_
**A**  _Time Waiver entered_
**D**
**I**
**N**
**E** ☐ PEOPLE V. WEST PLEA. ☐ COUNSEL & DEFENDANT STIPULATE TO PRELIMINARY / GRAND JURY TRANSCRIPT AS FACTUAL BASIS OF PLEA.
**S** ☐ ON MOTION OF COURT / PEOPLE / DEFENDANT COUNT(S) _____ REMAINING IS / ARE DISMISSED FOJ / VOP.
☐ ON MOTION OF COURT / PEOPLE / DEFENDANT ALLEGATION(S)/PRIOR(S) _____ REMAINING IS / ARE STRICKEN FOJ / VOP.
☐ PC 1210 ☐ ACCEPTED. ☐ DECLINED.   ☐ PC 1000, DEFERRED ENTRY OF JUDGMENT, GRANTED_____ MOS. / YRS. TIER I / TIER II.
☐ DEFENDANT TO PAY ☐ $_____ ADMIN FEE ☐ $_____ DEJ RESTITUTION FEE PER PC 1001.90 BY _____

**C** ☒ DEFT REMANDED TO THE CUSTODY OF SHERIFF ☐ WITHOUT BAIL ☒ WITH BAIL SET AT / REDUCED TO / INCREASED TO $ _20,000._ ☐ PC 1275
**U** ☐ DEFT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $_____ ☐ ON OR / SOR.
**S**
**T** ☐ DEFT ORDERED RELEASED FROM CUSTODY ☐ ON OR / SOR ☐ PROBATION ☐ CASE DISMISSED. ☐ ACQUITTED. ☐ THIS CASE ONLY.
**A**
**T**

**WAIVERS:** ☐ STATUTORY TIME PRELIM / TRIAL / JUDGMENT. ☐ PRELIM ☐ SPEEDY TRIAL ☐ HARVEY / ARBUCKLE ☐ PRESENCE AT POST-SENTENCE HRG.
**F** ☐ WAIVES ATTY / INTERPRETER CONFLICT FOR THIS HRG. ☐ COMPL. DEEMED INFO. IMMED. ARRAIGNMENT (SEE CRM-2A.) ☐ IMMED. SENTENCING (SEE CRM-2B.)
**U** **FOURTH AMENDMENT WAIVER:** ☒ IS IMPOSED AS A CONDITION OF RELEASE / PROBATION. ☐ REMAINS IN EFFECT. ☐ IS DELETED.
**T** _Jury Trial_ IS SET FOR / CONT'D / TRAILED TO _8-2/-05_ AT _8:45_ IN DEPT. _5_
**R** ON MOTION OF COURT / PEO. / DEFT. REASON: _____ EST. PRELIM: _20_ DAYS LEFT (TRIAL)
**G** ☐ READINESS IS SET FOR / CONT'D TO _____ AT _____ IN DEPT. _____ MOTIONS DUE: _____
**U**
**R**
**E**
**S**

**W** ☐ BENCH WARRANT TO ISSUE, BAIL SET AT $_____. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO _____
**A** ☐ BENCH WARRANT ISSUED / ORDERED _____ IS RECALLED / RESCINDED.
**R** ☐ BAIL IS ☐ EXONERATED ☐ FORFEITED. AMOUNT $_____ BOND NO. _____
**N** BOND COMPANY _____ AGENT _____
**T** ☐ BAIL FORFEITURE OF _____ IS SET ASIDE / REINSTATED / EXONERATED. SURETY TO PAY $_____ W/IN 30 DAYS. ☐ FEES WAIVED.
**S**

**M** ☐ PROCEEDING SUSPENDED PER PC 1368. MENTAL COMPETENCY EXAMINATION ON _____ AT _____
**H** BY FORENSIC PSYCHIATRY CLINIC. FEMALES, ROOM 1003, CENTRAL COURTHOUSE; MALES , CENTRAL DETENTION FACILITY.
HEARING ON _____ AT _____ IN DEPARTMENT _____ , CENTRAL COURTHOUSE.
☐ THE SHERIFF IS ORDERED TO TRANSPORT DEFENDANT TO AND FROM THE EXAMINATION AND HEARING SHOWN ABOVE.

**P** ☐ REPORT ORDERED: ☐ PRESENTENCE. ☐ POST-SENTENCE, COPY TO BE SENT DIRECTLY TO DEPT. OF CORRECTIONS PER PC 1203c.
**R** ☐ DEFENDANT FOUND GUILTY BY ☐ JURY VERDICT. ☐ COURT FINDING. ☐ DEFT. WAIVES POST-SENTENCE INTERVIEW.
**O** ☐ DEFT. ORDERED TO REMAIN IN COURTROOM UNTIL INTERVIEWED BY COURT PROBATION OFFICER FOR A LIMITED REPORT.
**B** ☐ DEFENDANT REFERRED TO / ORDERED TO REPORT IMMEDIATELY TO PROBATION DEPT. FOR INTERVIEW: ☐ 3977 OHIO STREET, SAN DIEGO
**T**
**R** ☐ 330 W. BROADWAY, 5TH FL, SAN DIEGO ☐ 325 S. MELROSE, VISTA ☐ 250 E. MAIN ST., 8TH FL, EL CAJON ☐ 1727 SWEETWATER ROAD, NATIONAL CITY.
**N**
**L**

OTHER: _Deft is in process of retaining Atty D. Ramatici_

_Michael Kirkman_

K. Michael Kirkman, Judge   JUDGE OF THE SUPERIOR COURT

26

SCN195245  DA   0AS59201         **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

□ CENTRAL   ☒ NORTH   □ EAST   □ SOUTH

DATE __08-04-05__ AT __08:45__ M.    05708897         **TRIAL CALL**

PRESENT: HON __K. MICHAEL KIRKMAN__                    JUDGE PRESIDING DEPARTMENT __005__

CLERK __SHELTON/MOORE__         REPORTER __D'ANNE VANDENBURGH  #11726__   CSR# _____

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

THE PEOPLE OF THE STATE OF CALIFORNIA                    DEPUTY DISTRICT ATTORNEY

VS.

JONES _____ WAYNE ___ J    B - P.D  W. Stone _____
                DEFENDANT              ATTORNEY FOR DEFENDANT (PD/APD/PCC/RETAINED)

VIOLATION OF I) *PC484                         D. Rosenstock _____
ALLEG(S) PC484CT. 1                     INT _____ ON FILE/SWN PR
PRIOR(S) PC 1203(e)(4) PC667.5(b)/668 X2 PC667(b)(i) 1170.12(b)  LANGUAGE _____

DEFENDANT ☒ PRESENT  □ NOT PRESENT  □ NOT PRODUCED

**R E A D I N E S S**

PRELIM / TRIAL DATE CONFIRMED / REMAINS AS SET / VACATED. □ READINESS □ MOTIONS REMAIN(S) AS SET / VACATED.

□ DEFENDANT ADVISED OF RIGHTS, WAIVES RIGHTS.  □ DEFT. SWORN & EXAMINED.  □ DEFENDANT WITHDRAWS "NOT GUILTY" PLEA AND NOW PLEADS
□ GUILTY □ NOLO CONTENDERE TO:

□ PEOPLE V. WEST PLEA.  □ COUNSEL & DEFENDANT STIPULATE TO PRELIMINARY / GRAND JURY TRANSCRIPT AS FACTUAL BASIS OF PLEA.
□ ON MOTION OF COURT / PEOPLE / DEFENDANT COUNT(S) _____ REMAINING IS / ARE DISMISSED FOJ / VOP.
□ ON MOTION OF COURT / PEOPLE / DEFENDANT ALLEGATION(S)/PRIOR(S) _____ REMAINING IS / ARE STRICKEN FOJ / VOP.
□ PC 1210 □ ACCEPTED. □ DECLINED.  □ PC 1000, DEFERRED ENTRY OF JUDGMENT, GRANTED_____ MOS. / YRS.  TIER I / TIER II.
□ DEFENDANT TO PAY  □ $_____ ADMIN FEE □ $_____ DEJ RESTITUTION FEE PER PC 1001.90 BY _____

**C U S T S T A T**

☒ DEFT REMANDED TO THE CUSTODY OF SHERIFF □ WITHOUT BAIL ☒ WITH BAIL SET AT / REDUCED TO / INCREASED TO $ _____ □ PC 1275
□ DEFT TO REMAIN AT LIBERTY □ ON BOND POSTED $_____ □ ON OR / SOR.
□ DEFT ORDERED RELEASED FROM CUSTODY □ ON OR / SOR.  □ PROBATION  □ CASE DISMISSED.  □ ACQUITTED.  □ THIS CASE ONLY.

**F U T U R E S**

WAIVERS: ☒ STATUTORY TIME PRELIM / TRIAL / JUDGMENT. □ PRELIM □ SPEEDY TRIAL □ HARVEY / ARBUCKLE □ PRESENCE AT POST-SENTENCE HRG.
□ WAIVES ATTY / INTERPRETER CONFLICT FOR THIS HRG. □ COMPL. DEEMED INFO. IMMED. ARRAIGNMENT (SEE CRM-2A) □ IMMED. SENTENCING (SEE CRM-2B).
FOURTH AMENDMENT WAIVER: □ IS IMPOSED AS A CONDITION OF RELEASE / PROBATION.  □ REMAINS IN EFFECT.  □ IS DELETED.
Trial _____ IS SET FOR / CONT'D / TRAILED TO __10-26-05__ AT __8:45__ IN DEPT. __5__
☒ ON MOTION OF COURT / PEO. / DEFT. REASON: _____ EST. PRELIM: _____ DAYS LEFT (TRIAL) __10__
☒ READINESS IS SET FOR / CONT'D TO __9-12-05__ AT __930__ IN DEPT. __5__  MOTIONS DUE: __8-31-05__

**W A R R A N T S**

□ BENCH WARRANT TO ISSUE, BAIL SET AT $_____  □ SERVICE FORTHWITH.  □ ORDERED WITHHELD TO _____
□ BENCH WARRANT ISSUED / ORDERED _____ IS RECALLED / RESCINDED.
□ BAIL IS □ EXONERATED □ FORFEITED. AMOUNT $_____ BOND NO. _____
   BOND COMPANY _____ AGENT _____
□ BAIL FORFEITURE OF _____ IS SET ASIDE / REINSTATED / EXONERATED.  SURETY TO PAY $_____ W/IN 30 DAYS. □ FEES WAIVED.

**B O N D S**

**M H**

□ PROCEEDING SUSPENDED PER PC 1368. MENTAL COMPETENCY EXAMINATION ON _____ AT _____
   BY FORENSIC PSYCHIATRY CLINIC. FEMALES, ROOM 1003, CENTRAL COURTHOUSE; MALES , CENTRAL DETENTION FACILITY.    KAH
   HEARING ON _____ AT _____ IN DEPARTMENT _____ , CENTRAL COURTHOUSE.
□ THE SHERIFF IS ORDERED TO TRANSPORT DEFENDANT TO AND FROM THE EXAMINATION AND HEARING SHOWN ABOVE.    KAH

**P R O B R E F T R N L**

□ REPORT ORDERED: □ PRESENTENCE. □ POST-SENTENCE, COPY TO BE SENT DIRECTLY TO DEPT. OF CORRECTIONS PER PC 1203c.
□ DEFENDANT FOUND GUILTY BY □ JURY VERDICT. □ COURT FINDING. □ DEFT. WAIVES POST-SENTENCE INTERVIEW.
□ DEFT. ORDERED TO REMAIN IN COURTROOM UNTIL INTERVIEWED BY COURT PROBATION OFFICER FOR A LIMITED REPORT.
□ DEFENDANT REFERRED TO / ORDERED TO REPORT IMMEDIATELY TO PROBATION DEPT. FOR INTERVIEW:  □ 3977 OHIO STREET, SAN DIEGO
□ 330 W. BROADWAY, 5TH FL, SAN DIEGO  □ 325 S. MELROSE, VISTA  □ 250 E. MAIN ST., 8TH FL, EL CAJON  □ 1727 SWEETWATER ROAD, NATIONAL CITY.

OTHER:

_K. Michael Kirkman_

JUDGE OF THE SUPERIOR COURT

K. Michael Kirkman, Judge

SDSC CRM-2C(Rev. 5-04)                    CRIMINAL MINUTES - MISCELLANEOUS

V S

SCN195245  DA  0AS59201     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☐ CENTRAL  ☒ NORTH  ☐ EAST  ☐ SOUTH

DATE __09-12-05__ AT __09:30__ M.   05708897        SUP READINESS CONF

PRESENT: HON **K. MICHAEL KIRKMAN**            JUDGE PRESIDING DEPARTMENT ____005____

CLERK __SHELTON/MOURE__     REPORTER ____ACI____        CSR# _____
REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

THE PEOPLE OF THE STATE OF CALIFORNIA                  _____
                                                        DEPUTY DISTRICT ATTORNEY
          VS.
**JONES        WAYNE    J**        B — P.D. D. Rosenstock
     **DEFENDANT**                  ATTORNEY FOR DEFENDANT (PD/APD/PC RETAINED)

VIOLATION OF 1) *PC 484 / PC 666
ALLEG(S)
PRIOR(S) PC 1203 (e)(4); PC 667.5 (b)(618 X2); PC 667(b)(fi)  INT 1170.12/668.  ON FILE / SWN PR
                                                   LANGUAGE ____
DEFENDANT ☐ PRESENT ☐ NOT PRESENT ☒ NOT PRODUCED  Trial: 10-26-05; Info: 7-25-05

PRELIM / TRIAL DATE CONFIRMED / REMAINS AS SET / VACATED. ☐ READINESS ☐ MOTIONS REMAIN(S) AS SET / VACATED.
☐ DEFENDANT ADVISED OF RIGHTS, WAIVES RIGHTS. ☐ DEFT. SWORN & EXAMINED. ☐ DEFENDANT WITHDRAWS "NOT GUILTY" PLEA AND NOW PLEADS
☐ GUILTY ☐ NOLO CONTENDERE TO:

**R**
**E**
**A**
**D**
**I**
**N**
**E**
**S**
**S**

☐ PEOPLE V. WEST PLEA. ☐ COUNSEL & DEFENDANT STIPULATE TO PRELIMINARY / GRAND JURY TRANSCRIPT AS FACTUAL BASIS OF PLEA:
☐ ON MOTION OF COURT / PEOPLE / DEFENDANT COUNT(S)_____ REMAINING IS / ARE DISMISSED FOJ / VOP.
☐ ON MOTION OF COURT / PEOPLE / DEFENDANT ALLEGATION(S)/PRIOR(S)_____ REMAINING IS / ARE STRICKEN FOJ / VOP.
☐ PC 1210 ☐ ACCEPTED. ☐ DECLINED.  ☐ PC 1000, DEFERRED ENTRY OF JUDGMENT, GRANTED_____ MOS. / YRS.  TIER I / TIER II.
☐ DEFENDANT TO PAY ☐ $_____ ADMIN FEE ☐ $_____ DEJ RESTITUTION FEE PER PC 1001.90 BY _____

**C**  ☒ DEFT REMANDED TO THE CUSTODY OF SHERIFF ☐ WITHOUT BAIL ☐ WITH BAIL SET AT / REDUCED TO / INCREASED TO $ 20,000  ☐ PC 1275
**S**  ☐ DEFT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $_____  ☐ ON OR / SOR
**T**  ☐ DEFT ORDERED RELEASED FROM CUSTODY ☐ ON OR / SOR ☐ PROBATION ☐ CASE DISMISSED. ☐ ACQUITTED. ☐ THIS CASE ONLY.
**T**

**F**  **WAIVERS** ☒ STATUTORY TIME PRELIM / TRIAL / JUDGMENT. ☐ PRELIM ☐ SPEEDY TRIAL ☐ HARVEY / ARBUCKLE ☐ PRESENCE AT POST-SENTENCE HRG.
**U**  ☐ WAIVES ATTY / INTERPRETER CONFLICT FOR THIS HRG. ☐ COMPL. DEEMED INFO, IMMED. ARRAIGNMENT (SEE CRM-2A) ☐ IMMED. SENTENCING (SEE CRM-2B.)
**T**  **FOURTH AMENDMENT WAIVER:** ☐ IS IMPOSED AS A CONDITION OF RELEASE / PROBATION. ☐ REMAINS IN EFFECT. ☐ IS DELETED.  KM  KM
**U**  _____ IS SET FOR / CONT'D / TRAILED TO _____ AT _____ IN DEPT. _____
**R**  ON MOTION OF COURT / PEO. / DEFT. REASON: _____  EST. PRELIM: _____ DAYS LEFT (TRIAL) 10
**E**  ☒ READINESS IS SET FOR / CONT'D TO 10-7-05 AT 1:30 IN DEPT. 5  MOTIONS DUE: _____

**B**  ☐ BENCH WARRANT TO ISSUE, BAIL SET AT $_____.  ☐ SERVICE FORTHWITH.  ☐ ORDERED WITHHELD TO _____.
**O**  ☐ BENCH WARRANT ISSUED / ORDERED _____ IS RECALLED / RESCINDED.
**N**  ☐ BAIL IS ☐ EXONERATED ☐ FORFEITED. AMOUNT $_____  BOND NO. _____
**D**  BOND COMPANY _____  AGENT _____
**S**  ☐ BAIL FORFEITURE OF _____ IS SET ASIDE / REINSTATED / EXONERATED. SURETY TO PAY $_____ W/IN 30 DAYS. ☐ FEES WAIVED.

**M**  ☐ PROCEEDING SUSPENDED PER PC 1368. MENTAL COMPETENCY EXAMINATION ON _____ AT _____
**H**  BY FORENSIC PSYCHIATRY CLINIC. FEMALES, ROOM 1003, CENTRAL COURTHOUSE; MALES , CENTRAL DETENTION FACILITY.
     HEARING ON _____ AT _____ IN DEPARTMENT _____, CENTRAL COURTHOUSE.
     ☐ THE SHERIFF IS ORDERED TO TRANSPORT DEFENDANT TO AND FROM THE EXAMINATION AND HEARING SHOWN ABOVE.

**P**  ☐ REPORT ORDERED: ☐ PRESENTENCE. ☐ POST-SENTENCE, COPY TO BE SENT DIRECTLY TO DEPT. OF CORRECTIONS PER PC 1203c.
**R**  ☐ DEFENDANT FOUND GUILTY BY ☐ JURY VERDICT. ☐ COURT FINDING. ☐ DEFT. WAIVES POST-SENTENCE INTERVIEW.
**O**  ☐ DEFT. ORDERED TO REMAIN IN COURTROOM UNTIL INTERVIEWED BY COURT PROBATION OFFICER FOR A LIMITED REPORT.
**B**  ☐ DEFENDANT REFERRED TO / ORDERED TO REPORT IMMEDIATELY TO PROBATION DEPT. FOR INTERVIEW: ☐ 3977 OHIO STREET, SAN DIEGO
**T**  ☐ 330 W. BROADWAY, 5TH FL, SAN DIEGO ☐ 325 S. MELROSE, VISTA ☐ 250 E. MAIN ST., 8TH FL, EL CAJON ☐ 1727 SWEETWATER ROAD, NATIONAL CITY.
**N**
**R**
**L**

OTHER:

_____
K. Michael Kirkman
JUDGE OF THE SUPERIOR COURT
K. Michael Kirkman, Judge

SDSC CRM-2C(Rev. 5-04)              CRIMINAL MINUTES - MISCELLANEOUS

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

DA CAL59.2C1

DATE 9 26 05 AT 1:30 M.

PRESENT: HON K Michael Kirkman    JUDGE PRESIDING DEPARTMENT 5

CLERK J Stellar    REPORTER Act    CSR# _____

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

THE PEOPLE OF THE STATE OF CALIFORNIA    Natalie Villaflor
VS.    DEPUTY DISTRICT ATTORNEY

Jones, Wayne, J    Act prsnl
DEFENDANT    ATTORNEY FOR DEFENDANT (PD/APD/PCC/RETAINED)

VIOLATION OF 1) PC 484

PC666    PC667 (b)-(i) / 1170.12 / 668 INTERPRETER _____ OATH ON FILE/SWORN
PC1203(e)(4), PC667, 5(b)/668 x 2    LANGUAGE _____

DEFENDANT ☐ PRESENT ☒ NOT PRESENT.    TRIAL DATE 10-26-05    LATEST INFO./INDICT. FILED _____

**READINESS**

☐ CASE NOT NEGOTIABLE, TRIAL DATE IS CONFIRMED. ☒ TRIAL DATE REMAINS AS SET/VACATED. ☐ READINESS ☐ MOTIONS REMAIN AS SET/VACATED.

☐ DEFENDANT ADVISED OF RIGHTS, WAIVES RIGHTS. ☐ DEFT. SWORN & EXAMINED. ☐ DEFENDANT WITHDRAWS "NOT GUILTY" PLEA AND NOW PLEADS ☐ GUILTY ☐ NOLO CONTENDERE TO:

☐ PEOPLE V. WEST PLEA. ☐ COUNSEL & DEFENDANT STIPULATE TO PRELIMINARY/GRAND JURY TRANSCRIPT AS FACTUAL BASIS OF PLEA.

☐ ON MOTION OF COURT/DDA/DEFENDANT COUNT(S)_____ REMAINING IS/ARE DISMISSED FOJ/VOP.

☐ ON MOTION OF COURT/DDA/DEFENDANT ALLEGATION(S)/PRIOR(S)_____ REMAINING IS/ARE STRICKEN FOJ/VOP.

**CUSTODY STATUS**

☒ DEFENDANT REMANDED TO THE CUSTODY OF SHERIFF ☐ WITHOUT BAIL ☒ WITH BAIL SET AT $ 20,000.

☐ DEFENDANT ORDERED RELEASED FROM CUSTODY ☐ ON OWN/SUPERVISED RECOGNIZANCE ☐ CASE DISMISSED ☐ ACQUITTED. ☐ THIS CASE ONLY.

☐ DEFENDANT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $_____ ☐ ON OWN/SUPERVISED RECOGNIZANCE.

☐ BAIL IS SET AT/REDUCED TO/INCREASED TO $ _____

**FUTURE HRGS**

☐ DEFT'S WAIVERS: ☐ STATUTORY TIME PRON. JUDGMENT/TRIAL ☐ HARVEY/ARBUCKLE ☐ PRESENCE AT POST-SENTENCE HEARING.

_____ IS SET FOR/CONT'D/TRAILED TO _____ AT _____

IN DEPARTMENT _____ ON MOTION OF COURT/DDA/DEFENDANT.    DAYS LEFT _____

☒ READINESS IS SET FOR/CONT'D TO 10-7-05 AT 9:30 IN DEPT. 5 MOTIONS DUE: _____

**BONDS/WARRANTS**

☐ BENCH WARRANT TO ISSUE, BAIL SET AT $_____. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO _____

☐ BENCH WARRANT ISSUED/ORDERED _____ IS RECALLED/RESCINDED.

☐ BAIL IS ☐ EXONERATED ☐ FORFEITED. AMOUNT $_____. BOND NO. _____

BOND COMPANY _____ AGENT _____

☐ BAIL FORFEITURE OF _____ IS SET ASIDE/REINSTATED/EXONERATED.  SURETY TO PAY $_____ W/IN 30 DAYS.    MO

**MH**

☐ PROCEEDING SUSPENDED PER PC 1368. MENTAL COMPETENCY EXAMINATION ON _____ AT _____

IN ROOM 1003, PSYCHIATRIC EXAMINING FACILITY.

HEARING ON _____ AT _____ IN DEPARTMENT _____.

☐ THE SHERIFF IS ORDERED TO TRANSPORT DEFENDANT TO AND FROM THE EXAMINATION AND HEARING SHOWN ABOVE.

**PROBATION REFERRAL**

☐ REPORT ORDERED: ☐ PRESENTENCE ☐ POST-SENTENCE, COPY TO BE SENT DIRECTLY TO DEPT. OF CORRECTIONS PER PC 1203c.

☐ DEFENDANT FOUND GUILTY BY ☐ JURY VERDICT ☐ COURT FINDING. ☐ DEFT. WAIVES POST-SENTENCE INTERVIEW.

☐ DEFT. ORDERED TO REMAIN IN COURTROOM UNTIL INTERVIEWED BY COURT PROBATION OFFICER FOR A LIMITED REPORT.

☐ DEFENDANT REFERRED TO/ORDERED TO REPORT IMMEDIATELY TO PROBATION DEPT. BELOW FOR INTERVIEW:

☐ 330 W. BROADWAY, 5TH FL, SAN DIEGO ☐ 325 S. MELROSE, VISTA ☐ 1460 E. MAIN, EL CAJON ☐ 1727 SWEETWATER, NATIONAL CITY.

OTHER:

Letter from defendant to be addressed on 10-7-05

K. Michael Kirkman

JUDGE OF THE SUPERIOR COURT

SDSC CR-2C(Rev. 6-99)

**CRIMINAL MINUTES - MISCELLANEOUS**

101

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☐ CENTRAL  ☒ NORTH  ☐ EAST  ☐ SOUTH

DATE ___10-07-05___ AT __09:30__ M.    05763877    SUP READINESS CONF

PRESENT: HON. _K. MICHAEL KIRKMAN_    JUDGE PRESIDING DEPARTMENT ___005___

CLERK ___SHELTON/MOORE___    REPORTER ___S. Trujillo___    CSR# __12314__

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

Victor Villa (2008)

THE PEOPLE OF THE STATE OF CALIFORNIA    DEPUTY DISTRICT ATTORNEY

VS.    ___D. Rosenstock___

JONES    WAYNE    J    ATTORNEY FOR DEFENDANT (PD/APD/PC/RETAINED)

DEFENDANT

VIOLATION OF (1) *PC454
ALLEG(S) __PC666__    ___INT___    ON FILE / SWN PR
PRIOR(S) PC1203(e)(4), PC667.5(b)(666 x 2, PC667(b)-(i),1170.12(a))LANGUAGE

DEFENDANT ☒ PRESENT ☐ NOT PRESENT ☐ NOT PRODUCED    Trial · 10-26-05 + 10 days

**R E A D I N E S S**

PRELIM / TRIAL DATE CONFIRMED / REMAINS AS SET (VACATED) ☐ READINESS ☐ MOTIONS REMAIN(S) AS SET / VACATED.
☐ DEFENDANT ADVISED OF RIGHTS, WAIVES RIGHTS. ☐ DEFT. SWORN & EXAMINED. ☐ DEFENDANT WITHDRAWS "NOT GUILTY" PLEA AND NOW PLEADS
☐ GUILTY ☐ NOLO CONTENDERE TO:

☐ PEOPLE V. WEST PLEA. ☐ COUNSEL & DEFENDANT STIPULATE TO PRELIMINARY / GRAND JURY TRANSCRIPT AS FACTUAL BASIS OF PLEA.
☐ ON MOTION OF COURT / PEOPLE / DEFENDANT COUNT(S)_____ REMAINING IS / ARE DISMISSED FOJ / VOP.
☐ ON MOTION OF COURT / PEOPLE / DEFENDANT ALLEGATION(S)/PRIOR(S)_____ REMAINING IS / ARE STRICKEN FOJ / VOP.
☐ PC 1210 ☐ ACCEPTED. ☐ DECLINED. ☐ PC 1000. DEFERRED ENTRY OF JUDGMENT. GRANTED_____MOS. / YRS.  TIER I / TIER II.
☐ DEFENDANT TO PAY ☐ $_____ ADMIN FEE ☐ $_____ DEF RESTITUTION FEE PER PC 1001.90 BY _____

**C U S T S T A T T**

☒ DEFT REMANDED TO THE CUSTODY OF SHERIFF ☐ WITHOUT BAIL ☒ WITH BAIL SET AT / REDUCED TO / INCREASED TO $ 20,000  ☐ PC 1275
☐ DEFT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $_____ ☐ ON OR / SOR.
☐ DEFT ORDERED RELEASED FROM CUSTODY ☐ ON OR / SOR ☐ PROBATION ☐ CASE DISMISSED. ☐ ACQUITTED. ☐ THIS CASE ONLY.

**F U T U R E S**

WAIVERS: ☒ STATUTORY TIME PRELIM / TRIAL / JUDGMENT. ☐ PRELIM ☐ SPEEDY TRIAL ☐ HARVEY / ARBUCKLE ☐ PRESENCE AT POST-SENTENCE HRG.
☐ WAIVES ATTY / INTERPRETER CONFLICT FOR THIS HRG. ☐ COMPL. DEEMED INFO, IMMED. ARRAIGNMENT (SEE CRM-2A) ☐ IMMED. SENTENCING (SEE CRM-2B)
FOURTH AMENDMENT WAIVER: ☐ IS IMPOSED AS A CONDITION OF RELEASE / PROBATION. ☐ REMAINS IN EFFECT. ☐ IS DELETED.
Trial IS SET FOR / CONTD / TRAILED TO 1-18-06 AT 8:41 IN DEPT. 5
ON MOTION OF COURT / PEO. / DEFT. REASON:_____ EST. PRELIM:_____ DAYS LEFT (TRIAL)_____
☒ READINESS IS SET FOR / CONTD TO 11-7-05 AT 9:30 IN DEPT. 5 MOTIONS DUE: 12-2-05

**B O N D S**

☐ BENCH WARRANT TO ISSUE, BAIL SET AT $_____ ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO _____
☐ BENCH WARRANT ISSUED / ORDERED _____ IS RECALLED / RESCINDED.
☐ BAIL IS ☐ EXONERATED ☐ FORFEITED. AMOUNT $_____ BOND NO. _____
BOND COMPANY _____ AGENT. _____
☐ BAIL FORFEITURE OF _____ IS SET ASIDE / REINSTATED / EXONERATED.  SURETY TO PAY $_____ W/IN 30 DAYS. ☐ FEES WAIVED.

**M H**

☐ PROCEEDING SUSPENDED PER PC 1368. MENTAL COMPETENCY EXAMINATION ON _____ AT _____
BY FORENSIC PSYCHIATRY CLINIC.  FEMALES, ROOM 1003, CENTRAL COURTHOUSE; MALES , CENTRAL DETENTION FACILITY.
HEARING ON _____ AT _____ IN DEPARTMENT _____, CENTRAL COURTHOUSE.
☐ THE SHERIFF IS ORDERED TO TRANSPORT DEFENDANT TO AND FROM THE EXAMINATION AND HEARING SHOWN ABOVE.

**P R O B T N R L**

☐ REPORT ORDERED: ☐ PRESENTENCE. ☐ POST-SENTENCE, COPY TO BE SENT DIRECTLY TO DEPT. OF CORRECTIONS PER PC 1203c.
☐ DEFENDANT FOUND GUILTY BY ☐ JURY VERDICT. ☐ COURT FINDING. ☐ DEFT. WAIVES POST-SENTENCE INTERVIEW.
☐ DEFT. ORDERED TO REMAIN IN COURTROOM UNTIL INTERVIEWED BY COURT PROBATION OFFICER FOR A LIMITED REPORT.
☐ DEFENDANT REFERRED TO / ORDERED TO REPORT IMMEDIATELY TO PROBATION DEPT. FOR INTERVIEW: ☐ 3977 OHIO STREET, SAN DIEGO
☐ 330 W. BROADWAY, 5TH FL, SAN DIEGO ☐ 325 S. MELROSE, VISTA ☐ 250 E. MAIN ST., 8TH FL, EL CAJON ☐ 1727 SWEETWATER ROAD, NATIONAL CITY.

OTHER:

_K. Michael Kirkman_
K. MICHAEL KIRKMAN, JUDGE    JUDGE OF THE SUPERIOR COURT

SDSC CRM-2C(Rev. 5-04)    CRIMINAL MINUTES - MISCELLANEOUS

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

☐ CENTRAL  ☐ NORTH  ☐ EAST  ☐ SOUTH

DATE _____ AT _____ M.    SUP READINESS CONF

PRESENT: HON _____    JUDGE PRESIDING DEPARTMENT _____ 005

CLERK _____  REPORTER J. Stark    CSR# 11857

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

THE PEOPLE OF THE STATE OF CALIFORNIA
                                              S. Ancar
                    VS.                        DEPUTY DISTRICT ATTORNEY
_____ MAYER    J    _____ D. Rosenstock
            DEFENDANT                          ATTORNEY FOR DEFENDANT (PD/APD/PC/RETAINED)

VIOLATION OF 1) * PC 134 / 1666

ALLEG(S) _____  INT _____  ON FILE / SW#

PRIOR(S) PC 667.5 (b) / 668 X 2    PC 667 (b)-(i) / 1170.12    LANGUAGE _____

DEFENDANT ☑ PRESENT  ☐ NOT PRESENT  ☐ NOT PRODUCED  *Trial 1/18/06*

PRELIM/TRIAL DATE CONFIRMED / REMAINS AS SET (VACATED)  ☐ READINESS  ☐ MOTIONS REMAIN(S) AS SET / VACATED.

**R** ☐ DEFENDANT ADVISED OF RIGHTS, WAIVES RIGHTS.  ☐ DEFT. SWORN & EXAMINED.  ☐ DEFENDANT WITHDRAWS "NOT GUILTY" PLEA AND NOW PLEADS
**E** ☐ GUILTY ☐ NOLO CONTENDERE TO:
**A**
**D**
**I**
**N** ☐ PEOPLE V. WEST PLEA.  ☐ COUNSEL & DEFENDANT STIPULATE TO PRELIMINARY / GRAND JURY TRANSCRIPT AS FACTUAL BASIS OF PLEA.
**E** ☐ ON MOTION OF COURT / PEOPLE / DEFENDANT COUNT(S)_____ REMAINING IS / ARE DISMISSED FOJ / VOP.
**S** ☐ ON MOTION OF COURT / PEOPLE / DEFENDANT ALLEGATION(S)/PRIOR(S)_____ REMAINING IS / ARE STRICKEN FOJ / VOP.
      ☐ PC 1210  ☐ ACCEPTED.  ☐ DECLINED.  ☐ PC 1000, DEFERRED ENTRY OF JUDGMENT, GRANTED_____ MOS. / YRS.  TIER I / TIER II.
      ☐ DEFENDANT TO PAY  ☐ $_____ ADMIN FEE  ☐ $_____ DEJ RESTITUTION FEE PER PC 1001.90 BY _____

**C** ☑ DEFT REMANDED TO THE CUSTODY OF SHERIFF  ☐ WITHOUT BAIL  ☑ WITH BAIL SET AT / REDUCED TO / INCREASED TO $ *20,000*  ☐ PC 1275
**U** ☐ DEFT TO REMAIN AT LIBERTY  ☐ ON BOND POSTED $_____  ☐ ON OR / SOR.
**S** ☐ DEFT ORDERED RELEASED FROM CUSTODY  ☐ ON OR / SOR.  ☐ PROBATION  ☐ CASE DISMISSED.  ☐ ACQUITTED.  ☐ THIS CASE ONLY.
**T**
**T** **WAIVERS:** ☑ STATUTORY TIME PRELIM / TRIAL / JUDGMENT.  ☐ PRELIM  ☐ SPEEDY TRIAL  ☐ HARVEY / ARBUCKLE  ☐ PRESENCE AT POST-SENTENCE HRG.
**F** ☐ WAIVES ATTY / INTERPRETER CONFLICT FOR THIS HRG.  ☐ COMPL. DEEMED INFO, IMMED. ARRAIGNMENT (SEE CRM-2A)  ☐ IMMED. SENTENCING (SEE CRM-2B.)
**U** **FOURTH AMENDMENT WAIVER:** ☐ IS IMPOSED AS A CONDITION OF RELEASE / PROBATION.  ☐ REMAINS IN EFFECT.  ☐ IS DELETED.
**T** *Trial* _____ IS SET FOR ☐ CONT'D / TRAILED TO *2-8-06* AT *8:45 A* IN DEPT. **5**
**U** ON MOTION OF COURT / PEO. / DEFT. REASON: _____ EST. PRELIM: _____ DAYS LEFT (TRIAL) *30*
**R** ☑ READINESS IS SET FOR ☐ CONT'D TO *1-18-06* AT *930* IN DEPT. **5**  MOTIONS DUE: _____
**E**

**B** ☐ BENCH WARRANT TO ISSUE, BAIL SET AT $_____  ☐ SERVICE FORTHWITH.  ☐ ORDERED WITHHELD TO _____
**O** ☐ BENCH WARRANT ISSUED / ORDERED _____ IS RECALLED / RESCINDED.
**N** ☐ BAIL IS ☐ EXONERATED  ☐ FORFEITED. AMOUNT $_____ BOND NO. _____
**D** ☐ BOND COMPANY _____  AGENT _____
**S** ☐ BAIL FORFEITURE OF _____ IS SET ASIDE / REINSTATED / EXONERATED.  SURETY TO PAY $_____ W/IN 30 DAYS.  ☐ FEES WAIVED.

**M** ☐ PROCEEDING SUSPENDED PER PC 1368. MENTAL COMPETENCY EXAMINATION ON _____ AT _____
**H** BY FORENSIC PSYCHIATRY CLINIC. FEMALES, ROOM 1003, CENTRAL COURTHOUSE; MALES , CENTRAL DETENTION FACILITY.
      HEARING ON _____ AT _____ IN DEPARTMENT _____, CENTRAL COURTHOUSE.
      ☐ THE SHERIFF IS ORDERED TO TRANSPORT DEFENDANT TO AND FROM THE EXAMINATION AND HEARING SHOWN ABOVE.

**P** ☐ REPORT ORDERED: ☐ PRESENTENCE.  ☐ POST-SENTENCE, COPY TO BE SENT DIRECTLY TO DEPT. OF CORRECTIONS PER PC 1203c.
**R** ☐ DEFENDANT FOUND GUILTY BY ☐ JURY VERDICT.  ☐ COURT FINDING.  ☐ DEFT. WAIVES POST-SENTENCE INTERVIEW.
**O** ☐ DEFT. ORDERED TO REMAIN IN COURTROOM UNTIL INTERVIEWED BY COURT PROBATION OFFICER FOR A LIMITED REPORT.
**B** ☐ DEFENDANT REFERRED TO / ORDERED TO REPORT IMMEDIATELY TO PROBATION DEPT. FOR INTERVIEW:  ☐ 3977 OHIO STREET, SAN DIEGO
**T** ☐ 330 W. BROADWAY, 5TH FL, SAN DIEGO  ☐ 325 S. MELROSE, VISTA  ☐ 250 E. MAIN ST., 8TH FL, EL CAJON  ☐ 1727 SWEETWATER ROAD, NATIONAL CITY.
**N**

OTHER:

JUDGE OF THE SUPERIOR COURT

**K. Michael Kirkman, Judge**

SDSC CRM-2C(Rev. 5-04)

*C: Jail Deft —*    CRIMINAL MINUTES - MISCELLANEOUS

V S

SCN195245  DA    0AS59201    **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

☐ CENTRAL  ☑ NORTH  ☐ EAST  ☐ SOUTH

DATE _____ 01-18-06 _____ AT ____ 09:30 ____ M.    05708897    SUP READINESS CONF

PRESENT: HON. **K. MICHAEL KIRKMAN**    JUDGE PRESIDING DEPARTMENT _____ 005

CLERK _____ SHELTON/MOORE _____    REPORTER _____    CSR# (1) 2 C

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

Natalie C. Mctler

THE PEOPLE OF THE STATE OF CALIFORNIA

VS.    DEPUTY DISTRICT ATTORNEY

JONES     WAYNE     J    B - P.D    M. Branum, D. Roscustack

DEFENDANT    ATTORNEY FOR DEFENDANT (PD/APD/PGC/RETAINED)

VIOLATION OF 1) *PC 484/666

ALLEG(S) PC 667.5(b) 660 X 2    PC 667(b-1) 1170.12    INT _____ ON FILE / SW# PI

PRIOR(S) _____    LANGUAGE _____

DEFENDANT ☑ PRESENT ☐ NOT PRESENT ☐ NOT PRODUCED   Trial 2-7-06   20 days

**R E A D I N E S S**

☐ PRELIM/ TRIAL DATE CONFIRMED / REMAINS AS SET / VACATED.   ☐ READINESS ☐ MOTIONS REMAIN(S) AS SET / VACATED.
☐ DEFENDANT ADVISED OF RIGHTS, WAIVES RIGHTS.  ☐ DEFT. SWORN & EXAMINED.  ☐ DEFENDANT WITHDRAWS "NOT GUILTY" PLEA AND NOW PLEADS
☐ GUILTY ☐ NOLO CONTENDERE TO:

☐ PEOPLE V. WEST PLEA.  ☐ COUNSEL & DEFENDANT STIPULATE TO PRELIMINARY / GRAND JURY TRANSCRIPT AS FACTUAL BASIS OF PLEA.
☐ ON MOTION OF COURT / PEOPLE / DEFENDANT COUNT(S)_____ REMAINING IS / ARE DISMISSED FOJ / VOP.
☐ ON MOTION OF COURT / PEOPLE / DEFENDANT ALLEGATION(S)/PRIOR(S)_____ REMAINING IS / ARE STRICKEN FOJ / VOP.
☐ PC 1210 ☐ ACCEPTED. ☐ DECLINED.  ☐ PC 1000, DEFERRED ENTRY OF JUDGMENT, GRANTED_____MOS. / YRS.  TIER I / TIER II.
☐ DEFENDANT TO PAY  ☐ $_____ ADMIN FEE ☐ $_____ DEJ RESTITUTION FEE PER PC 1001.90  BY _____

**C U S T O D Y**

☑ DEFT REMANDED TO THE CUSTODY OF SHERIFF ☐ WITHOUT BAIL ☑ WITH BAIL SET AT / REDUCED TO / INCREASED TO $ 20,000.  ☐ PC 1275
☐ DEFT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $_____  ☐ ON OR / SOR.
☐ DEFT ORDERED RELEASED FROM CUSTODY ☐ ON OR / SOR  ☐ PROBATION  ☐ CASE DISMISSED.  ☐ ACQUITTED.  ☐ THIS CASE ONLY.

**F U T U R E**

WAIVERS: ☑ STATUTORY TIME PRELIM / TRIAL / JUDGMENT. ☐ PRELIM ☐ SPEEDY TRIAL ☐ HARVEY / ARBUCKLE ☐ PRESENCE AT POST-SENTENCE HRG.
☐ WAIVES ATTY / INTERPRETER CONFLICT FOR THIS HRG. ☐ COMPL. DEEMED INFO, IMMED. ARRAIGNMENT (SEE CRM-2A) ☐ IMMED. SENTENCING (SEE CRM-2B.)
FOURTH AMENDMENT WAIVER: ☐ IS IMPOSED AS A CONDITION OF RELEASE / PROBATION.  ☐ REMAINS IN EFFECT.  ☐ IS DELETED.
Readiness _____ IS SET FOR / CONT'D / TRAILED TO 1-27-06 AT 8:30 IN DEPT. 5
ON MOTION OF COURT / PEO. / DEFT. REASON: _____ EST. PRELIM: _____ DAYS LEFT (TRIAL) _____
☐ READINESS IS SET FOR / CONT'D TO _____ AT _____ IN DEPT. _____ MOTIONS DUE: _____

**B O N D S / W A R R A N T S**

☐ BENCH WARRANT TO ISSUE, BAIL SET AT $_____.  ☐ SERVICE FORTHWITH.  ☐ ORDERED WITHHELD TO _____
☐ BENCH WARRANT ISSUED / ORDERED _____ IS RECALLED / RESCINDED.
☐ BAIL IS ☐ EXONERATED ☐ FORFEITED. AMOUNT $_____ BOND NO. _____    DMG    DMG
☐ BOND COMPANY _____ AGENT _____
☐ BAIL FORFEITURE OF _____ IS SET ASIDE / REINSTATED / EXONERATED.  SURETY TO PAY $_____ W/IN 30 DAYS. ☐ FEES WAIVED.

**M H**

☐ PROCEEDING SUSPENDED PER PC 1368.  MENTAL COMPETENCY EXAMINATION ON _____ AT _____
BY FORENSIC PSYCHIATRY CLINIC.  FEMALES, ROOM 1003, CENTRAL COURTHOUSE; MALES , CENTRAL DETENTION FACILITY.
HEARING ON _____ AT _____ IN DEPARTMENT _____, CENTRAL COURTHOUSE.
☐ THE SHERIFF IS ORDERED TO TRANSPORT DEFENDANT TO AND FROM THE EXAMINATION AND HEARING SHOWN ABOVE.

**P R O B T R N**

☐ REPORT ORDERED: ☐ PRESENTENCE. ☐ POST-SENTENCE, COPY TO BE SENT DIRECTLY TO DEPT. OF CORRECTIONS PER PC 1203c.
☐ DEFENDANT FOUND GUILTY BY ☐ JURY VERDICT. ☐ COURT FINDING. ☐ DEFT. WAIVES POST-SENTENCE INTERVIEW.
☐ DEFT. ORDERED TO REMAIN IN COURTROOM UNTIL INTERVIEWED BY COURT PROBATION OFFICER FOR A LIMITED REPORT.
☐ DEFENDANT REFERRED TO / ORDERED TO REPORT IMMEDIATELY TO PROBATION DEPT. FOR INTERVIEW: ☐ 3977 OHIO STREET, SAN DIEGO
☐ 330 W. BROADWAY, 5TH FL, SAN DIEGO ☐ 325 S. MELROSE, VISTA ☐ 250 E. MAIN ST., 8TH FL, EL CAJON ☐ 1727 SWEETWATER ROAD, NATIONAL CITY.

OTHER:

Defendant may retain ^new counsel

K. Michael Gibson

JUDGE OF THE SUPERIOR COURT

SDSC CRM-2C(Rev. 5-04)    CRIMINAL MINUTES - MISCELLANEOUS

SCN195245  DA  0AS59201

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☐ CENTRAL  ☒ NORTH  ☐ EAST  ☐ SOUTH

DATE _01-27-06_ AT _09:30_ M.        05708897        SUP READINESS CONF

PRESENT: HON. _K. MICHAEL KIRKMAN_        JUDGE PRESIDING DEPARTMENT _005_

CLERK _SHELTON/MOORE_    REPORTER _Sandi Smith_    CSR# _(1)26_

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

THE PEOPLE OF THE STATE OF CALIFORNIA        _Stephen Amex_
                                              DEPUTY DISTRICT ATTORNEY

JONES  vs.  WAYNE  J        b - P.D  D. ROSENSTOCK - relieved
DEFENDANT        ATTORNEY FOR DEFENDANT (☒ PD/APD/PCC/RETAINED)
                                        James Marquart - retained

VIOLATION OF )*PC484/666
ALLEG(S) PC 667.5(b)/668 x 2   PC667(b)-(i)/1170.12   INT _____ ON FILE / SWN PR
PRIOR(S) PC1203.(c)(4)        LANGUAGE _____

DEFENDANT ☒ PRESENT ☐ NOT PRESENT ☐ NOT PRODUCED,  TRIAL 2-8-06 + 20 days

PRELIM / TRIAL DATE CONFIRMED / REMAINS AS SET / VACATED ☒ READINESS ☐ MOTIONS REMAIN(S) AS SET / VACATED.

**R E A D I N E S S**

☐ DEFENDANT ADVISED OF RIGHTS, WAIVES RIGHTS. ☐ DEFT. SWORN & EXAMINED. ☐ DEFENDANT WITHDRAWS "NOT GUILTY" PLEA AND NOW PLEADS
☐ GUILTY ☐ NOLO CONTENDERE TO:

☐ PEOPLE V. WEST PLEA. ☐ COUNSEL & DEFENDANT STIPULATE TO PRELIMINARY / GRAND JURY TRANSCRIPT AS FACTUAL BASIS OF PLEA.
☐ ON MOTION OF COURT / PEOPLE / DEFENDANT COUNT(S)_____ REMAINING IS / ARE DISMISSED FOJ / VOP.
☐ ON MOTION OF COURT / PEOPLE / DEFENDANT ALLEGATION(S)/PRIOR(S)_____ REMAINING IS / ARE STRICKEN FOJ / VOP.
☐ PC 1210 ☐ ACCEPTED. ☐ DECLINED. ☐ PC 1000, DEFERRED ENTRY OF JUDGMENT, GRANTED_____ MOS. / YRS.  TIER I / TIER II.
☐ DEFENDANT TO PAY ☐ $_____ ADMIN FEE ☐ $_____ DEJ RESTITUTION FEE PER PC 1001.90 BY _____

**C U S T   S T A T**

☒ DEFT REMANDED TO THE CUSTODY OF SHERIFF ☐ WITHOUT BAIL ☒ WITH BAIL SET AT / REDUCED TO / INCREASED TO $ _50,000_  ☐ PC 1275
☐ DEFT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $_____ ☐ ON OR / SOR.
☐ DEFT ORDERED RELEASED FROM CUSTODY ☐ ON OR / SOR  ☐ PROBATION  ☐ CASE DISMISSED.  ☐ ACQUITTED.  ☐ THIS CASE ONLY.

**F U T U R E**

WAIVERS: ☒ 18 STATUTORY TIME PRELIM / TRIAL / JUDGMENT. ☐ PRELIM ☐ SPEEDY TRIAL ☐ HARVEY / ARBUCKLE ☐ PRESENCE AT POST-SENTENCE HRG.
☐ WAIVES ATTY / INTERPRETER CONFLICT FOR THIS HRG. ☐ COMPL. DEEMED INFO. IMMED. ARRAIGNMENT (SEE CRM-2A) ☐ IMMED. SENTENCING (SEE CRM-2B.)
FOURTH AMENDMENT WAIVER: ☐ IS IMPOSED AS A CONDITION OF RELEASE / PROBATION. ☐ REMAINS IN EFFECT. ☐ IS DELETED.
_Trial_ IS SET FOR / CONT'D / TRAILED TO _3-6-06_ AT _8:45_ IN DEPT. _5_
ON MOTION OF COURT / PEO. / DEFT. REASON: _____ EST. PRELIM: _____ DAYS LEFT (TRIAL) _20_
☒ READINESS IS SET FOR / CONT'D TO _2-17-06_ AT _1:30_ IN DEPT. _5_ MOTIONS DUE: _2-6-06_

**B O N D S / W R R N T S**

☐ BENCH WARRANT TO ISSUE, BAIL SET AT $_____. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO _____
☐ BENCH WARRANT ISSUED / ORDERED _____ IS RECALLED / RESCINDED.
☐ BAIL IS ☐ EXONERATED ☐ FORFEITED. AMOUNT $_____. BOND NO. _____
BOND COMPANY _____ AGENT _____
☐ BAIL FORFEITURE OF _____ IS SET ASIDE / REINSTATED / EXONERATED.  SURETY TO PAY $_____ W/IN 30 DAYS.  ☐ FEES WAI...

**M H**

☐ PROCEEDING SUSPENDED PER PC 1368. MENTAL COMPETENCY EXAMINATION ON _____ AT _____
BY FORENSIC PSYCHIATRY CLINIC.  FEMALES, ROOM 1003, CENTRAL COURTHOUSE; MALES , CENTRAL DETENTION FACILITY.
HEARING ON _____ AT _____ IN DEPARTMENT _____, CENTRAL COURTHOUSE.
☐ THE SHERIFF IS ORDERED TO TRANSPORT DEFENDANT TO AND FROM THE EXAMINATION AND HEARING SHOWN ABOVE.

**P R O B / R E F R L / P T N**

☐ REPORT ORDERED: ☐ PRESENTENCE. ☐ POST-SENTENCE, COPY TO BE SENT DIRECTLY TO DEPT. OF CORRECTIONS PER PC 1203c.
☐ DEFENDANT FOUND GUILTY BY ☐ JURY VERDICT. ☐ COURT FINDING. ☐ DEFT. WAIVES POST-SENTENCE INTERVIEW.
☐ DEFT. ORDERED TO REMAIN IN COURTROOM UNTIL INTERVIEWED BY COURT PROBATION OFFICER FOR A LIMITED REPORT.
☐ DEFENDANT REFERRED TO / ORDERED TO REPORT IMMEDIATELY TO PROBATION DEPT. FOR INTERVIEW: ☐ 3977 OHIO STREET, SAN DIEGO
☐ 330 W. BROADWAY, 5TH FL, SAN DIEGO ☐ 325 S. MELROSE, VISTA ☐ 250 E. MAIN ST., 8TH FL, EL CAJON ☐ 1727 SWEETWATER ROAD, NATIONAL CITY.

OTHER:

_K. Michael Kirkman_
JUDGE OF THE SUPERIOR COURT

K. Michael Kirkman, Judge

SDSC CRM-2C(Rev. 5-04)        CRIMINAL MINUTES - MISCELLANEOUS

SCN195245   DA  0A539201   **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

☐ CENTRAL   ☒ NORTH   ☐ EAST   ☐ SOUTH

DATE  02-17-06   AT  09:30  M.   05708897   SUP READINESS CONF

PRESENT: HON. K. MICHAEL KIRKMAN          JUDGE PRESIDING DEPARTMENT  005

CLERK   SHELTON/MOORE          REPORTER   not App          CSR#

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

THE PEOPLE OF THE STATE OF CALIFORNIA                    Kimberly Cagatz
                                                         DEPUTY DISTRICT ATTORNEY
                        VS.
JONES                    WAYNE    J              James Maynard
        DEFENDANT                               ATTORNEY FOR DEFENDANT (PD/APD/PCC/RETAINED)

VIOLATION OF: 1 PC484/1d6d6
ALLEG(S):                                      INT _____ ON FILE / SWN PR
PRIOR(S): PC1203C(4), PC667.5(b)/1d6d9 X 2', PC667(b)-(1)/1d6d6 IN CUSTODY _____

DEFENDANT ☐ PRESENT ☒ NOT PRESENT ☐ NOT PRODUCED   Trial 3/6/06 + 20

PRELIM / TRIAL DATE CONFIRMED / REMAINS AS SET / VACATED.   ☐ READINESS ☐ MOTIONS REMAIN(S) AS SET / VACATED.

**R E A D I N E S S**

☐ DEFENDANT ADVISED OF RIGHTS, WAIVES RIGHTS. ☐ DEFT. SWORN & EXAMINED. ☐ DEFENDANT WITHDRAWS "NOT GUILTY" PLEA AND NOW PLEADS
☐ GUILTY ☐ NOLO CONTENDERE TO:

☐ PEOPLE V. WEST PLEA. ☐ COUNSEL & DEFENDANT STIPULATE TO PRELIMINARY / GRAND JURY TRANSCRIPT AS FACTUAL BASIS OF PLEA.
☐ ON MOTION OF COURT / PEOPLE / DEFENDANT COUNT(S)_____ REMAINING IS / ARE DISMISSED FOJ / VOP.
☐ ON MOTION OF COURT / PEOPLE / DEFENDANT ALLEGATION(S)/PRIOR(S)_____ REMAINING IS / ARE STRICKEN FOJ / VOP.
☐ PC 1210 ☐ ACCEPTED. ☐ DECLINED.   ☐ PC 1000, DEFERRED ENTRY OF JUDGMENT, GRANTED_____ MOS. / YRS.  TIER I / TIER II.
☐ DEFENDANT TO PAY  ☐ $_____ ADMIN FEE ☐ $_____ DEJ RESTITUTION FEE PER PC 1001.90  BY _____

**C U S T / S T A T**

☒ DEFT REMANDED TO THE CUSTODY OF SHERIFF ☐ WITHOUT BAIL ☒ WITH BAIL SET AT / REDUCED TO / INCREASED TO $ 300,000.  ☐ PC 1275
☐ DEFT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $_____  ☐ ON OR / SOR.
☐ DEFT ORDERED RELEASED FROM CUSTODY ☐ ON OR / SOR ☐ PROBATION ☐ CASE DISMISSED. ☐ ACQUITTED. ☐ THIS CASE ONLY.

**F U T U R E**

WAIVERS: ☐ STATUTORY TIME PRELIM / TRIAL / JUDGMENT. ☐ PRELIM ☐ SPEEDY TRIAL ☐ HARVEY / ARBUCKLE ☐ PRESENCE AT POST-SENTENCE HRG.
☐ WAIVES ATTY / INTERPRETER CONFLICT FOR THIS HRG. ☐ COMPL. DEEMED INFO, IMMED. ARRAIGNMENT (SEE CRM-2A) ☐ IMMED. SENTENCING (SEE CRM-2B.)
FOURTH AMENDMENT WAIVER: ☐ IS IMPOSED AS A CONDITION OF RELEASE / PROBATION.  ☐ REMAINS IN EFFECT. ☐ IS DELETED.

**T R G S**

Trial  IS SET FOR / CONT'D / TRAILED TO  3-6-06  AT  8:45  IN DEPT.  5
☐ ON MOTION OF COURT / PEO. / DEFT. REASON: _____ EST. PRELIM: _____ DAYS LEFT (TRIAL)  20
☐ READINESS IS SET FOR / CONT'D TO _____ AT _____ IN DEPT. _____ MOTIONS DUE: _____

**B O N D S**

☐ BENCH WARRANT TO ISSUE, BAIL SET AT $_____.  ☐ SERVICE FORTHWITH.  ☐ ORDERED WITHHELD TO _____
☐ BENCH WARRANT ISSUED /. ORDERED _____ IS RECALLED / RESCINDED.
☐ BAIL IS ☐ EXONERATED ☐ FORFEITED. AMOUNT $_____  BOND NO. _____
   BOND COMPANY _____ AGENT _____
☐ BAIL FORFEITURE OF _____ IS SET ASIDE / REINSTATED / EXONERATED.  SURETY TO PAY $_____ W/IN 30 DAYS. ☐ FEES WAIVED.

**M H**

☐ PROCEEDING SUSPENDED PER PC 1368. MENTAL COMPETENCY EXAMINATION ON _____ AT _____
BY FORENSIC PSYCHIATRY CLINIC.  FEMALES, ROOM 1003, CENTRAL COURTHOUSE;  MALES , CENTRAL DETENTION FACILITY.
HEARING ON _____ AT _____ IN DEPARTMENT _____ , CENTRAL COURTHOUSE.
☐ THE SHERIFF IS ORDERED TO TRANSPORT DEFENDANT TO AND FROM THE EXAMINATION AND HEARING SHOWN ABOVE.

**P R O B T N / R F R L**

☐ REPORT ORDERED: ☐ PRESENTENCE. ☐ POST-SENTENCE, COPY TO BE SENT DIRECTLY TO DEPT. OF CORRECTIONS PER PC 1203c.
☐ DEFENDANT FOUND GUILTY BY ☐ JURY VERDICT. ☐ COURT FINDING. ☐ DEFT. WAIVES POST-SENTENCE INTERVIEW.
☐ DEFT. ORDERED TO REMAIN IN COURTROOM UNTIL INTERVIEWED BY COURT PROBATION OFFICER FOR A LIMITED REPORT.
☐ DEFENDANT REFERRED TO / ORDERED TO REPORT IMMEDIATELY TO PROBATION DEPT. FOR INTERVIEW:  ☐ 3977 OHIO STREET, SAN DIEGO
☐ 330 W. BROADWAY, 5TH FL, SAN DIEGO ☐ 325 S. MELROSE, VISTA  ☐ 250 E. MAIN ST., 8TH FL, EL CAJON ☐ 1727 SWEETWATER ROAD, NATIONAL CITY.

OTHER:

K. Michael Kirkman

K. Michael Kirkman, Judge   JUDGE OF THE SUPERIOR COURT

26

SCN195245    DA DAS59201        **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

☐ CENTRAL  ☒ NORTH  ☐ EAST  ☐ SOUTH

DATE _3-6-06_ AT _8:45 A_ M.        Trial Call

PRESENT: HON _K. Michael Kirkman_        JUDGE PRESIDING DEPARTMENT _005_

CLERK _Shelton / Moore_    REPORTER _Dill_____  CSR# _11726_

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

THE PEOPLE OF THE STATE OF CALIFORNIA        _Natalie Villafour_
                                            DEPUTY DISTRICT ATTORNEY

_Jones_ VS. _Wayne_        _James Maguire_
DEFENDANT        ATTORNEY FOR DEFENDANT (PD/APD/PC/(RETAINED))

VIOLATION OF _1) PC484_

ALLEG(S) _PC666 ct. 1_ _____ INT _____ ON FILE / SWN

PRIOR(S) _PC1203(e)(4) PC667.5(b)(6)8_ _____ LANGUAGE _____

DEFENDANT ☒ PRESENT ☐ NOT PRESENT ☐ NOT PRODUCED

PRELIM / TRIAL DATE CONFIRMED / REMAINS AS SET / (VACATED.) ☐ READINESS ☐ MOTIONS REMAIN(S) AS SET / VACATED.

**R E A D I N E S S**

☐ DEFENDANT ADVISED OF RIGHTS, WAIVES RIGHTS. ☐ DEFT. SWORN & EXAMINED. ☐ DEFENDANT WITHDRAWS "NOT GUILTY" PLEA AND NOW PLEADS
☐ GUILTY ☐ NOLO CONTENDERE TO:

☐ PEOPLE V. WEST PLEA. ☐ COUNSEL & DEFENDANT STIPULATE TO PRELIMINARY / GRAND JURY TRANSCRIPT AS FACTUAL BASIS OF PLEA.
☐ ON MOTION OF COURT / PEOPLE / DEFENDANT COUNT(S)_____ REMAINING IS / ARE DISMISSED FOJ / VOP.
☐ ON MOTION OF COURT / PEOPLE / DEFENDANT ALLEGATION(S)/PRIOR(S)_____ REMAINING IS / ARE STRICKEN FOJ / VOP.
☐ PC 1210 ☐ ACCEPTED. ☐ DECLINED. ☐ PC 1000, DEFERRED ENTRY OF JUDGMENT, GRANTED_____ MOS. / YRS. TIER I / TIER II.
☐ DEFENDANT TO PAY ☐ $_____ ADMIN FEE ☐ $_____ DEJ RESTITUTION FEE PER PC 1001.90 BY _____

**C U S T S T A T**

☐ DEFT REMANDED TO THE CUSTODY OF SHERIFF ☐ WITHOUT BAIL ☐ WITH BAIL SET AT / REDUCED TO / INCREASED TO $_____. ☐ PC 1275
☒ DEFT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $_2C,600___ ☐ ON OR / SOR
☐ DEFT ORDERED RELEASED FROM CUSTODY ☐ ON OR / SOR ☐ PROBATION ☐ CASE DISMISSED. ☐ ACQUITTED. ☐ THIS CASE ONLY.

**F U T U R E S**

WAIVERS: ☒ STATUTORY TIME PRELIM / (TRIAL)/ JUDGMENT. ☐ PRELIM ☐ SPEEDY TRIAL ☐ HARVEY / ARBUCKLE ☐ PRESENCE AT POST-SENTENCE HRG.
☐ WAIVES ATTY / INTERPRETER CONFLICT FOR THIS HRG. ☐ COMPL. DEEMED INFO, IMMED. ARRAIGNMENT (SEE CRM-2A) ☐ IMMED. SENTENCING (SEE CRM-2B.)
FOURTH AMENDMENT WAIVER: ☐ IS IMPOSED AS A CONDITION OF RELEASE / PROBATION. ☐ REMAINS IN EFFECT. ☐ IS DELETED.
_Trial_____ IS SET FOR (CONT'D)/ TRAILED TO _4-24-06_ AT _8:45_ IN DEPT _5_
ON MOTION OF COURT / PEO. / DEFT. REASON: _____ EST. PRELIM:_____ DAYS LEFT (TRIAL) _10_
☐ READINESS IS SET FOR / CONT'D TO _____ AT _____ IN DEPT. _____ MOTIONS DUE: _3-20-06_

**B O N D S**

☐ BENCH WARRANT TO ISSUE, BAIL SET AT $_____. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO _____
☐ BENCH WARRANT ISSUED / ORDERED _____ IS RECALLED / RESCINDED.        **DMG**
☐ BAIL IS ☐ EXONERATED ☐ FORFEITED. AMOUNT $_____. BOND NO. _____        ~~DMG~~
  BOND COMPANY _____ AGENT _____
☐ BAIL FORFEITURE OF _____ IS SET ASIDE / REINSTATED / EXONERATED. SURETY TO PAY $_____ W/IN 30 DAYS. ☐ FEES WAIVED.

**M H**

☐ PROCEEDING SUSPENDED PER PC 1368. MENTAL COMPETENCY EXAMINATION ON _____ AT _____
  BY FORENSIC PSYCHIATRY CLINIC. FEMALES, ROOM 1003, CENTRAL COURTHOUSE; MALES , CENTRAL DETENTION FACILITY.
  HEARING ON _____ AT _____ IN DEPARTMENT _____. CENTRAL COURTHOUSE.
☐ THE SHERIFF IS ORDERED TO TRANSPORT DEFENDANT TO AND FROM THE EXAMINATION AND HEARING SHOWN ABOVE.

**P R O B T F R T N L**

☐ REPORT ORDERED: ☐ PRESENTENCE. ☐ POST-SENTENCE, COPY TO BE SENT DIRECTLY TO DEPT. OF CORRECTIONS PER PC 1203c.
☐ DEFENDANT FOUND GUILTY BY ☐ JURY VERDICT. ☐ COURT FINDING. ☐ DEFT. WAIVES POST-SENTENCE INTERVIEW.
☐ DEFT. ORDERED TO REMAIN IN COURTROOM UNTIL INTERVIEWED BY COURT PROBATION OFFICER FOR A LIMITED REPORT.
☐ DEFENDANT REFERRED TO / ORDERED TO REPORT IMMEDIATELY TO PROBATION DEPT. FOR INTERVIEW: ☐ 3977 OHIO STREET, SAN DIEGO
☐ 330 W. BROADWAY, 5TH FL, SAN DIEGO ☐ 325 S. MELROSE, VISTA ☐ 250 E. MAIN ST., 8TH FL, EL CAJON ☐ 1727 SWEETWATER ROAD, NATIONAL C

OTHER:

_K. Michael Kirk___
JUDGE OF THE SUPER

SDSC CRM-2C(Rev. 5-04)

**CRIMINAL MINUTES - MISCELLANEOUS**

Defendant: _Wayne Joseph Jones_

F I L E D    Case No: _SCN 195245_
Clerk of the Superior Court

APR 2 4 2006

BY: KATHY MOORE

## __BLAKELY WAIVER__

I understand I have the right to a jury or court trial, the right to confront and cross-examine witnesses, the right to subpoena witnesses, the right to present evidence, and the right to testify or remain silent, as to any sentencing factors that may be used to increase my sentence on any count or allegation to the upper or maximum terms provided by law.

I now give up these rights and agree to allow the determination as to the existence of any fact in aggravation to be made by the sentencing judge in accordance with existing California statutes and Rules of Court. I also agree this waiver shall apply to any future sentence that may be imposed in the event my probation is revoked.

Dated: _4-24-06_    Defendant: _____

Dated: _4-24-06_    Attorney: _____

Dated: _____    Court Interpreter: _____

SCN195245 DA   JAS59201   **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

☐ CENTRAL ☑ NORTH ☐ EAST ☐ SOUTH

DATE __04-24-06__ AT __08:45__ M.   05708897   TRIAL CALL

PRESENT: HON __K. MICHAEL KIRKMAN__   JUDGE PRESIDING DEPARTMENT __005__

CLERK __SHELTON/MOORE__   REPORTER _____   CSR# __11726__

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

THE PEOPLE OF THE STATE OF CALIFORNIA

__JONES__   VS.   __WAYNE__   **J**   B — P.D — J Maynard   DEPUTY DISTRICT ATTORNEY

DEFENDANT   ATTORNEY FOR DEFENDANT (PD/APD/PCC RETAINED)

VIOLATION OF **1) *PC484**

ALLEG(S) _____   INT _____   ON FILE / SWN

PRIOR(S) _____   LANGUAGE _____

DEFENDANT ☑ PRESENT ☐ NOT PRESENT ☐ NOT PRODUCED

PRELIM / TRIAL DATE CONFIRMED / REMAINS AS SET ☑ VACATED.   ☐ READINESS ☐ MOTIONS REMAIN(S) AS SET / VACATED.

**R**  ☑ DEFENDANT ADVISED OF RIGHTS, WAIVES RIGHTS. ☑ DEFT. SWORN & EXAMINED. ☑ DEFENDANT WITHDRAWS "NOT GUILTY" PLEA AND NOW PLEADS
**E**  ☑ GUILTY ☐ NOLO CONTENDERE TO:
**A**
**D**
**I**
**N**
**E**  ☐ PEOPLE V. WEST PLEA. ☑ COUNSEL & DEFENDANT STIPULATE TO PRELIMINARY / GRAND JURY TRANSCRIPT AS FACTUAL BASIS OF PLEA.
**S**  ☐ ON MOTION OF COURT / PEOPLE / DEFENDANT COUNT(S)_____ REMAINING IS / ARE DISMISSED FOJ / VOP.
☐ ON MOTION OF COURT / PEOPLE / DEFENDANT ALLEGATION(S)/PRIOR(S)_____ REMAINING IS / ARE STRICKEN FOJ / VOP.
☐ PC 1210 ☐ ACCEPTED. ☐ DECLINED. ☐ PC 1000, DEFERRED ENTRY OF JUDGMENT, GRANTED_____ MOS. / YRS. TIER I / TIER II.
☐ DEFENDANT TO PAY ☐ $_____ ADMIN FEE ☐ $_____ DEJ RESTITUTION FEE PER PC 1001.90 BY_____

**C**  ☐ DEFT REMANDED TO THE CUSTODY OF SHERIFF ☐ WITHOUT BAIL ☐ WITH BAIL SET AT / REDUCED TO / INCREASED TO $_____. ☐ PC 1275
**U**  ☑ DEFT TO REMAIN AT LIBERTY ☑ ON BOND POSTED ☐ ON OR / SOR.
**S T**  ☐ DEFT ORDERED RELEASED FROM CUSTODY ☐ ON OR / SOR ☐ PROBATION ☐ CASE DISMISSED. ☐ ACQUITTED. ☐ THIS CASE ONLY.
**A T**

**F**  WAIVERS: ☑ STATUTORY TIME PRELIM / TRIAL / JUDGMENT. ☐ PRELIM ☐ SPEEDY TRIAL ☑ HARVEY / ARBUCKLE ☐ PRESENCE AT POST-SENTENCE HRG.
**U**  ☐ WAIVES ATTY / INTERPRETER CONFLICT FOR THIS HRG. ☐ COMPL. DEEMED INFO, IMMED. ARRAIGNMENT (SEE CRM-2A) ☐ IMMED. SENTENCING (SEE CRM-2B.)
**T**  FOURTH AMENDMENT WAIVER: ☐ IS IMPOSED AS A CONDITION OF RELEASE / PROBATION. ☐ REMAINS IN EFFECT. ☐ IS DELETED.
**U**  PH + S   IS SET FOR / CONT'D / TRAILED TO __7-12-06__ AT __1:30__ IN DEPT. __5__
**R**  ON MOTION OF COURT / PEO. / DEFT. REASON: _____ EST. PRELIM: _____ DAYS LEFT (TRIAL) _____
**E**  ☐ READINESS IS SET FOR / CONT'D TO _____ AT _____ IN DEPT. _____ MOTIONS DUE: _____
**S**

**W**  ☐ BENCH WARRANT TO ISSUE, BAIL SET AT $_____. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO _____
**B**  ☐ BENCH WARRANT ISSUED / ORDERED _____ IS RECALLED / RESCINDED.
**O**  ☐ BAIL IS ☐ EXONERATED ☐ FORFEITED. AMOUNT $_____ BOND NO. __Defendant to report__
**N**  BOND COMPANY _____ AGENT __in 7-12-06 Open Court__
**R**  ☐ BAIL FORFEITURE OF _____ IS SET ASIDE / REINSTATED / EXONERATED. SURETY TO PAY $_____ ☐ T _____ DAYS ☐ FEES WAIVED.
**N**
**T**
**S**

**M**  ☐ PROCEEDING SUSPENDED PER PC 1368. MENTAL COMPETENCY EXAMINATION ON _____ AT _____
**H**  BY FORENSIC PSYCHIATRY CLINIC. FEMALES, ROOM 1003, CENTRAL COURTHOUSE; MALES, CENTRAL DETENTION FACILITY.
HEARING ON _____ AT _____ IN DEPARTMENT _____, CENTRAL COURTHOUSE.
☐ THE SHERIFF IS ORDERED TO TRANSPORT DEFENDANT TO AND FROM THE EXAMINATION AND HEARING SHOWN ABOVE.

**P**  ☑ REPORT ORDERED: ☑ PRESENCE. ☐ POST-SENTENCE, COPY TO BE SENT DIRECTLY TO DEPT. OF CORRECTIONS PER PC 1203c.
**R**  ☐ DEFENDANT FOUND GUILTY BY ☐ JURY VERDICT. ☐ COURT FINDING. ☐ DEFT. WAIVES POST-SENTENCE INTERVIEW.
**O**  ☐ DEFT. ORDERED TO REMAIN IN COURTROOM UNTIL INTERVIEWED BY COURT PROBATION OFFICER FOR A LIMITED REPORT.
**B**  ☑ DEFENDANT REFERRED TO / ORDERED TO REPORT IMMEDIATELY TO PROBATION DEPT. FOR INTERVIEW: ☐ 3977 OHIO STREET, SAN DIEGO
**T**  ☐ 330 W. BROADWAY, 5TH FL, SAN DIEGO ☑ 325 S. MELROSE, VISTA ☐ 250 E. MAIN ST., 8TH FL, EL CAJON ☐ 1727 SWEETWATER ROAD, NATIONAL CITY
**R**
**L**

OTHER: _Prior filed by defense. Court finds PC 1070 is untimely, court finds no good cause to continue. Case assigned to Dept 25 for trial TE 2-3 days, returned to Dept 5 date to 1:30._

__K. Michael Kirkman__
JUDGE OF THE SUPERIOR COURT

SDSC CRM-201(Rev. 5-01)   **CRIMINAL MINUTES - MISCELLANEOUS**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: VISTA, CA | **F I L E D**<br>Clerk of the Superior Court<br>**JUN 0 8 2005**<br>BY: C. KOGER |
| PEOPLE OF THE STATE OF CALIFORNIA<br><br>VS.<br><br>DEFENDANT:<br>WAYNE JONES | |

| FINGERPRINT FORM | CASE NUMBER:<br>SCN195245 |
|---|---|

# INSTRUCTIONS

Immediately following arraignment in superior court of a defendant charged with a felony or arraignment of a defendant by a municipal court judge sitting as a superior court judge, the court shall require the defendant to provide a right thumbprint on this form. In the event the defendant is convicted, this form shall be attached to the minute order reflecting the defendant's sentence and shall be permanently maintained in the court file. Please see Penal Code section 992 for further information, including when the defendant is physically unable to give a right thumbprint.

For a proper imprint and durable record, this form should be printed on paper that meets California Department of Justice specifications: a 99 pound white tab card or 100 pound white tab stock 0.0070 inch thick (0.0066 through 0.0074 inch is acceptable). Paper smoothness should be 100–140 sheffield units. The form should be printed with the grain left to right.

1. The box to the right contains the defendant's

   [X] right thumbprint

   [ ] other print *(specify)*:



2. The print was taken on *(date):* 6-8-05

3. The print was taken by

   a. Name: C. MATA

   b. Position: DEPUTY SHERIFF

   c. Badge or serial No.: 1462

Form Adopted by the<br>Judicial Council of California<br>CR-100 [New January 1, 1996]

**FINGERPRINT FORM**

Pen. Code, § 992

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☐ COUNTY COURTHOUSE, 220 W. BROADWAY, SAN DIEGO, CA 92101-3814
☒ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6695
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

FOR COURT USE ONLY

F I L E D
Clerk of the Superior Court

JUL 06 2005

BY: KATHY MOORE

PEOPLE OF THE STATE OF CALIFORNIA                    PLAINTIFF
                          vs

~~Joseph Wayne Bones~~                                          DEFENDANT

**DRESS OUT ORDER**

CRIMINAL CASE NUMBER
SCN195245

DA  OAS592

Booking # 5708897 , DOB 8/18/57

Present, Honorable _____ JOAN P. WEBER _____, Judge of the Superior Court.

Good cause appearing, therefore, it is **ORDERED** that the Sheriff shall make the above-named defendant available for

trial dressed in street clothes beginning ___7/28/05___ through conclusion of trial

Date: ___JUL 06 2005___                    _Joan P. Weber_____
                                                                    Judge of the Superior Court

**CLERK'S CERTIFICATE**

The foregoing is a full, true and correct copy of the original
on file in this office.

**CLERK OF THE SUPERIOR COURT**

Date: _____              by _____, Deputy

SDSC CRM-86 (Rev. 5-04)                    **DRESS OUT ORDER**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

☐ COUNTY COURTHOUSE, 220 W. BROADWAY, SAN DIEGO, CA 92101-3814
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☒ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6695
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

F I L E D
Clerk of the Superior Court

**JUL 2 0 2005**

BY: KATHY MOORE

| People of the State of California | Plaintiff | Case Number | Prosecutor Number |
|---|---|---|---|
| vs. | | SCN152745 | CAS 572 |
| Wayr Joseph Jones | Defendant | | |

| **CALENDARING REQUEST** |
|---|

Case(s) set on calendar **7/25/05** at **930** in Dept. **5** ☐ Central ☐ East
☒ North ☐ South Division

For:
☐ Bail Review ☐ Motion to Continue ☐ Appearance on Warrant
☐ Probation Revocation ☐ Restitution Hearing ☐ **Ex Parte Hearing**

☐ Order to Show Cause / ☐ Probation Modification re: ☐ Other:

Motion/Request (Brief Description):
· Readiness conference for possible disposition
· OTP is necessary Booking # 5708897.

To trail case(s): _____

At the request of: **S STONE**
☐ Court ☒ Defendant/Defense Counsel ☐ Pre-Trial Services ☐ Prosecutor ☐ Victim
☐ Probation Department ☐ Substance Abuse Assessment Unit ☐ _____

Date: **7-20-0** Clerk **Kmoor**

| **ORDER** |
|---|

☒ Sheriff ordered to produce the defendant for the above hearing. Booking # **C5708897**

_____ Judge

JOAN P. WEBER

Court's Ruling **on ex parte request:**
_____
_____
_____

Date: _____ _____, Judge

Distributed by **CC** on **7/20** to (Pros.) Def. Atty. (Prob.) Deft. PTS Sheriff

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| LAW OFFICES OF JAMES N. MAYNARD<br>1299 DEER SPRINGS RD., SUITE 13<br>SAN MARCOS, CA 92069 | 760.740.0515 | |

ATTORNEY FOR *(Name):* WAYNE JOSEPH JONES

NAME OF COURT: SAN DIEGO COUNTY SUPERIOR COURT
STREET ADDRESS: 325 S. MELROSE DR.
MAILING ADDRESS: VISTA, CA 92083
CITY AND ZIP CODE: NORTH COUNTY
BRANCH NAME:

F I L E D
Clerk of the Superior Court

JAN 27 2006

BY: KATHY MOORE

CASE NAME: PEOPLE OF CALIFORNIA VS. WAYNE JOSEPH JONES
WAYNE JOSEPH JONES

**SUBSTITUTION OF ATTORNEY—~~CIVIL~~ *CRIMINAL***
(Without Court Order)

CASE NUMBER:
SCN 195245

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name):* WAYNE JOSEPH JONES    makes the following substitution:

1. **Former legal representative** [ ] Party represented self [X] Attorney *(name):*
2. **New legal representative** [ ] Party is representing self* [X] Attorney   *Donald Rosenstock*
   a. Name: JAMES N. MAYNARD    b. State Bar No. *(if applicable):* 165467
   c. Address *(number, street, city, ZIP, and law firm name, if applicable):*
   1299 DEER SPRINGS RD., SUITE 13, SAN MARCOS, CA 92069

   d. Telephone No. *(include area code):* 760.740.0515

3. The party making this substitution is a [ ] plaintiff [X] defendant [ ] petitioner [ ] respondent [ ] other *(specify):*

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

| • Guardian | • Personal representative | • Guardian ad litem |
|---|---|---|
| • Conservator | • Probate fiduciary | • Unincorporated |
| • Trustee | • Corporation | association |

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: 1/26/06
   ................................................
   WAYNE JOSEPH JONES    ▶ *Joseph W. Jones Sr.*
   (TYPE OR PRINT NAME)    (SIGNATURE OF PARTY)

5. [X] I consent to this substitution.
   Date:
   *Donald Rosenstock*    _____
   (TYPE OR PRINT NAME)    (SIGNATURE OF FORMER ATTORNEY)

6. [X] I accept this substitution.
   Date: 1/26/06
   ................................................
   JAMES N. MAYNARD    *James N. Maynard*
   (TYPE OR PRINT NAME)    (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)

Form Adopted by the
Judicial Council of California
MC-050 [New January 1, 1996]

**SUBSTITUTION OF ATTORNEY—CIVIL**

JURISEARCH
www.jurisearch.com

Code of Civil Procedure, §§ 284(1), 285
Cal. Rules of Court, rule 376

| CASE NAME:<br>PEOPLE OF CALIFORNIA VS. WAYNE JOSEPH JONES | CASE NUMBER:<br>SCN 195245 |
|---|---|

## PROOF OF SERVICE BY MAIL
### Substitution of Attorney – Civil

**Instructions:** *After having all parties served by mail with the Substitution of Attorney–Civil, have the person who mailed the document complete this Proof of Service by Mail. An <u>unsigned</u> copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney–Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause**. I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify):*

2. I served the Substitution of Attorney–Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing: *1/27/06*   (2) Place of mailing *(city and state):* *Oceanside, CA*

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: *1/27/06*

   . . . . . JAMES N. MAYNARD . . . . . . . . .         ▸ *James Maynard*
   **(TYPE OR PRINT NAME)**                                              **(SIGNATURE)**

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4. a. Name of person served: *Donald Roseustock*
   b. Address *(number, street, city, and ZIP):*

   c. Name of person served:
   d. Address *(number, street, city, and ZIP):*

   e. Name of person served:
   f. Address *(number, street, city, and ZIP):*

   g. Name of person served:
   h. Address *(number, street, city, and ZIP):*

   i. Name of person served:
   j. Address *(number, street, city, and ZIP):*

   ☐ List of names and addresses continued in attachment.

**LINCOLN GENERAL
INSURANCE COMPANY**

TWO JINN, INC.
GENERAL AGENT

1959 Palomar Oaks Way, Suite 200
Carlsbad, CA 92011
Telephone (800) 808-2245   Fax (760) 431-2698

ALADDIN BAIL BONDS
CLAIMS DIVISION

2025 Gateway Place, Suite 235
San Jose, CA 95110
Telephone (408) 487-8670   Fax (408) 487-8692
License # 1843442

(PLACE BAIL AGENT'S ADDRESS STAMP HERE)

# BAIL BOND

NO. 1G50- 387528

(POWER OF ATTORNEY WITH THIS NUMBER MUST BE ATTACHED.)

IN THE _____Superior_____ COURT OF THE __N. County__ JUDICIAL DISTRICT

COUNTY OF _____San Diego_____, STATE OF _____California_____

THE PEOPLE OF THE STATE OF _____California_____,

Plaintiff,

CASE NO. SCN195245

DIV. NO. 5

vs.

Wayne J. Jones

Defendant.

Defendant Wayne J. Jones

(NAME OF DEFENDANT)

BOOKING NO. S708897

having been admitted to bail in the sum of _Twenty Thousand_

_____ Dollars ($ 20,000 ) and ordered to appear in the above-entitled court

on 3-6 at 8.41 AM/PM, 20 06 , on 484/666 PC charge/s;

(DATE OF APPEARANCE)                (STATE "MISDEMEANOR" OR "FELONY")

Now, the LINCOLN GENERAL INSURANCE COMPANY, a Pennsylvania Corporation hereby undertakes that the above-named defendant will appear in the above-named court on the date above set forth to answer any charges in any accusatory pleading based upon the acts supporting the complaint filed against him/her and as duly authorized amendments thereof, in whatever court it may be filed and prosecuted, and will at all times hold him/herself amenable to the orders and process of the court, and if convicted, will appear for pronouncement of judgment or grant of probation; or if he/she fails to perform either of these conditions, that the LINCOLN GENERAL INSURANCE COMPANY, a Pennsylvania Corporation, will pay the people of the said State the sum of _Twenty Thousand_ dollars ($ 20,000 )

If the forfeiture of this bond be ordered by the Court, judgment may be summarily made and entered forthwith against the said LINCOLN GENERAL INSURANCE COMPANY, a Pennsylvania Corporation, for the amount of its undertaking herein as provided by State Law.

THIS BOND IS VOID IF WRITTEN FOR AN AMOUNT GREATER THAN THE POWER OF ATTORNEY ATTACHED HERETO, IF MORE THAN ONE SUCH POWER IS ATTACHED, OR IF WRITTEN AFTER THE EXPIRATION DATE AS SPECIFIED ON THE ATTACHED POWER OF ATTORNEY.

**LINCOLN GENERAL
INSURANCE COMPANY**
(A Pennsylvania Corporation)

By _____Peter Botz_____ (SEAL)

PETER BOTZ
ATTORNEY-IN-FACT

I certify under penalty of perjury that I am a licensed bail agent of the LINCOLN GENERAL INSURANCE COMPANY and

that I am executing this bond on _____2-22-2006_____

(DATE)

at _____Vista, California_____

(LOCATION)

_____
(SIGNATURE OF LICENSED AGENT)

THE PREMIUM CHARGED FOR    2000—
THIS BOND PER ANNUM IS $

Approved this ____22____ day of ____2____, 20 06

_____ (TITLE)

*NOTE: This is an Appearance Bond and cannot be construed as a guarantee for failure to provide payments, back alimony payments, Fines, or Wage Law claims, nor can it be used as a Bond on Appeal.*

LIN-52-CSI (Rev. 7/05) Ω

## COURT COPY LGIC 59

**LINCOLN GENERAL INSURANCE COMPANY**

POWER OF ATTORNEY

THE WORDS "VERIFY FIRST AND "SAFE" IN THE PAPER

**VOID IF NOT ISSUED BY:** 08-Feb-07

**POWER NO.** LG59-367326

**POWER AMOUNT** $ ***** $50,000.00 ** * *

KNOW ALL MEN BY THESE PRESENTS that Lincoln General Insurance Company, a corporation duly organized and existing under the laws of the State of Pennsylvania and by the authority of the resolution adopted by the Board of Directors at a meeting duly called and held on May 1, 2002 which said Resolution has not been amended or rescinded, does constitute and appoint and by these presents does make, constitute and appoint the named agent its true and lawful Attorney-in-Fact for it and in its name, place and stead, to execute seal and deliver, for and on its behalf and as its act and deed, as surety, a bail bond only. Authority of such Attorney-in-Fact is limited to appearance bonds and cannot be construed to guarantee defendant's future lawful conduct, adherence to travel limitations, fines, restitution, payments or penalties, or any other condition imposed by a court not specifically related to court appearance.

*** Fifty thousand dollars and no cents ***

and provided this Power-of-Attorney is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of the Company

*This Power of Attorney is not valid for Federal Immigration Bonds. Not valid for Federal Bail Bonds. This power is void if used to furnish bail in excess of the stated amount. This company shall not be liable in any amount in excess of the penal sum of this bond. The obligation of this company shall only be that of a bail bond agency. This power is void if used to furnish bail in excess of the stated amount.*

IN WITNESS WHEREOF, LINCOLN GENERAL INSURANCE COMPANY has caused these presents to be signed by its duly authorized attorney-in-fact, and its corporate seal to be hereunto affixed this 22 day of February year 06

proper for the purpose and its corporate seal to be hereunto affixed

Bond Amount $ 20,000

Defendant: Andrew S. Jones

Court: Superior

City: U.S.A.

State: California

If rewrite, original #: _____

Executing Agent: S. Slack

By: Peter Botz
Attorney-in-Fact

**FOR STATE USE ONLY
NOT VALID IF USED IN FEDERAL COURT**

LINCOLN GENERAL INSURANCE COMPANY
CORPORATE SEAL
1977
PENNSYLVANIA

JAMES N. MAYNARD, ESQ. (STATE BAR # 165467)
1299 Deer Springs Rd., Suite 13
San Diego, CA 92069
Phone (760) 740-0515
Fax: (760) 539-8011

F I L E D

MAR 0 3 2006

BY: KATHY MOORE

Attorney for Defendant WAYNE JOSEPH JONES

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, | ) Case Number SCN 195245 |
| | ) |
| Plaintiff, | ) PROOF OF SERVICE |
| | ) |
| Vs. | ) |
| | ) |
| WAYNE JOSEPH JONES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

JAMES N. MAYNARD, ESQ. (STATE BAR # 16546٫٫
1299 Deer Springs Rd., Suite 13
San Diego, CA 92069
Phone (760) 740-0515
Fax: (760) 539-8011

Attorney for Defendant WAYNE JOSEPH JONES

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, | )<br>) Case Number SCN 195245<br>) |
| Plaintiff, | )<br>) PROOF OF SERVICE<br>) |
| Vs. | )<br>) |
| WAYNE JOSEPH JONES, | )<br>) |
| Defendant. | )<br>) |
| _____ | ) |

1  BONNIE DUMANIS
   District Attorney
2  NATALIE J. VILLAFLOR
   Deputy District Attorney
3  State Bar Number 185751
   325 Melrose Ave
4  Vista, CA 92083
   (760) 806-4019
5
   Attorneys for Plaintiff
6
7
8
9

**F** I **L** E **D**
Clerk of the Superior Court

JUL 2 7 2005

BY: S. ENTLER

                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                      FOR THE COUNTY OF SAN DIEGO

11  THE PEOPLE OF THE STATE OF CALIFORNIA,        No. CN195245
                        Plaintiff,
12                                                **NOTICE OF MOTION AND MOTION**
                          v.                      **TO CONTINUE PURSUANT TO**
13                                                **PENAL CODE SECTION 1050**
    WAYNE JOSEPH JONES
14                      Defendant.                Date:  July 28, 2005
                                                  Time:  8:45 a.m.
15                                                Dept:  5

16          Comes now the plaintiff, the People of the State of California, by and through their attorneys,

17  BONNIE DUMANIS, District Attorney, NATALIE J. VILLAFLOR, Deputy District Attorney, and

18  respectfully submits the following NOTICE OF MOTION AND MOTION TO CONTINUE

19  PURSUANT TO PENAL CODE SECTION 1050.

20          PLEASE TAKE NOTICE that on or before July 28, 2005, the People shall respectfully request

21  to trail the Felony Jury Trial pursuant to Penal Code 1539.5 set for July 28, 2005.

22          Dated: ~~April~~ July 27, 2005              Respectfully Submitted,

23                                                 BONNIE DUMANIS
                                                   District Attorney
24

25

26  By: _____

27          NATALIE J. VILLAFLOR

28          Deputy District Attorney

                                    1

BONNIE DUMANIS
District Attorney
NATALIE J. VILLAFLOR
Deputy District Attorney
State Bar Number 185751
325 Melrose Ave
Vista, CA 92083
(760) 806-4019

Attorneys for Plaintiff

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, Plaintiff, v. WAYNE JOSEPH JONES Defendant. | No. CN195245 **DECLARATION FOR MOTION TO CONTINUE PURSUANT TO PC1050** Date: July 28, 2005 Time: 8:45 a.m. Dept: 5 |

I, Natalie Villaflor, do hereby declare:

1.    That I am the Deputy District Attorney assigned to this case.

2.    That this case is presently set for Felony Jury trial on July 28, 2005 in Dept. 5.

3.    On July 25, 2005, defense counsel blue-slipped this case in Department 5 for another readiness conference. At that time, an offer of 8 years prison was made. The defendant has several strike priors.

4.    After a denial of the Marsden motion, our office held the offer open until the trial date.

5.    The investigating officer, Deputy Radicia, is currently on vacation and will return on July 29, 2005.

6.    If the offer is not accepted on the trial date, I will ask this Court to trail the trial two days to Monday, August 1, 2005 so that all necessary witnesses are available.

7.    Defense counsel, Sherry Stone, has no objection to trailing the case two days.

2

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   July 27, 2005

NATALIE J. VILLAFLOR

3

BONNIE DUMANIS
District Attorney
NATALIE J. VILLAFLOR
Deputy District Attorney
State Bar Number 185751
325 Melrose Ave
Vista, CA 92083
(760) 806-4019

Attorneys for Plaintiff

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>Plaintiff,<br><br>v.<br><br>WAYNE JOSEPH JONES<br>Defendant. | No. CN195245<br><br>**ORDER GRANTING CONTINUANCE**<br>**CODE SECTION 1050**<br><br>Date:  July 28, 2005<br>Time:  8:50 a.m.<br>Dept:  5 |

Good cause appearing, Plaintiff is granted a continuance of the Preliminary Examination

until _____, in Department 5.

SO ORDERED.

Dated:


Judge of the Superior Court

4

JAMES N. MAYNARD, ESQ. (STATE BAR # 165  7)

1  1299 Deer Springs Rd., Suite 13
2  San Diego, CA 92069
   Phone (760) 740-0515
3  Fax: (760) 539-8011

F I L E D
Clerk of the Superior Court

APR 2 4 2006

BY: JEANNE SHELTON

4

5  Attorney for Defendant WAYNE JOSEPH JONES

6

7        SUPERIOR COURT OF THE STATE OF CALIFORNIA
8
9        COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION

10  PEOPLE OF THE STATE OF          ) Case Number SCN 195245
11  CALIFORNIA,                     )
                                    )
12          Plaintiff,              ) NOTICE OF MOTION AND
                                    ) MOTION TO CONTINUE THE
13                                  ) MATTER UNDER
14      Vs.                         ) PENAL CODE SECTION 1050
                                    )
15  WAYNE JOSEPH JONES,             )
                                    ) DATE: April 24, 2006
16          Defendant.             ) TIME:  8:45 a.m.
                                    ) DEPT.: 5
17                                  )
18  _____)

19
20
21
22
23
24
25
26
27
28

MOTION FOR CONTINUANCE

JAMES N. MAYNARD, ESQ.
1299 Deer Springs Rd., Suite 13
San Diego, CA 92069
Phone (760) 740-0515

California.

JAMES N. MAYNARD, Attorney for

Defendant, WAYNE JOSEPH JONES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION FOR CONTINUANCE

JAMES N. MAYNARD, ESQ.
1299 Deer Springs Rd., Suite 13
San Diego, CA 92069
Phone (760) 740-0515

JAMES N. MAYNARD, ESQ. (STATE BAR # 16546 )

1299 Deer Springs Rd., Suite 13

San Diego, CA 92069

Phone (760) 740-0515

Fax: (760) 539-8011

Attorney for Defendant WAYNE JOSEPH JONES

### SUPERIOR COURT OF THE STATE OF CALIFORNIA

### COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, | ) Case Number SCN 195245 |
| | ) |
| Plaintiff, | ) PROOF OF SERVICE |
| | ) |
| Vs. | ) |
| | ) |
| WAYNE JOSEPH JONES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

I am employed in the County of San Diego, State of California. I am over the age of 18 and

not a party to the within action. My business address is 1299 Deer Springs Rd., Suite 13

San Diego, CA 92069.

On April 12, 2006, I served the foregoing documents described as:

REPLY TO OPPOSITION TO
MOTION UNDER CALIFORNIA
PENAL CODE SECTION 17(B)(5)
TO REDUCE SECTION 484/666 and
667(b) thru (i) and 1170.12
CHARGE FROM A FELONY TO
A MISDEMEANOR

on the interested parties in this action by placing a true copy thereof by personal service
as follows:

BONNIE M. DUMANIS
DISTRICT ATTORNEY
SAN DIEGO COUNTY
DEPUTY DISTRICT ATTORNEY KELLY M. RAND
325 Melrose Dr.
Vista, CA

[ X ]    BY PERSONAL SERVICE:    I caused the above-referenced document to be
personally served on the above-listed individual.

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Executed on April 12, 2006 at San Diego, California.

_JAMES N. MAYNARD_

JAMES N. MAYNARD, ESQ. (STATE BAR # 165__7)
1299 Deer Springs Rd., Suite 13
San Diego, CA 92069
Phone (760) 740-0515
Fax: (760) 539-8011

**F I L E D**
Clerk of the Superior Court

APR 2 4 2006

BY: JEANNE SHELTON

Attorney for Defendant WAYNE JOSEPH JONES

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, | Case Number SCN 195245 |
| Plaintiff, | PROOF OF SERVICE |
| Vs. | |
| WAYNE JOSEPH JONES, | |
| Defendant. | |

MOTION FOR CONTINUANCE

JAMES N. MAYNARD, ESQ.
1299 Deer Springs Rd., Suite 13
San Diego, CA 92069
Phone (760) 740-0515

I am employed in the County of San Diego, State of California, and over the age of 18 and

not a party to the within action. My business address is 1299 Deer Springs Rd., Suite 13,

San Diego, CA 92069.

On April 20, 2006, I served the foregoing documents described as:

NOTICE OF MOTION AND MOTION TO CONTINUE THE
MATTER UNDER PENAL CODE SECTION 1050

on the interested parties in this action by placing a true copy thereof by personal service
as follows:

BONNIE M. DUMANIS
DISTRICT ATTORNEY
SAN DIEGO COUNTY
DEPUTY DISTRICT ATTORNEY
325 Melrose Dr.
Vista, CA 92083

[ X ]    BY PERSONAL SERVICE:    I caused the above-referenced document to be
personally served on the above-listed individual.

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Executed on April 20, 2006 at San Diego, California.

JAMES N. MAYNARD

MOTION FOR CONTINUANCE

JAMES N. MAYNARD, ESQ.
1299 Deer Springs Rd., Suite 13
San Diego, CA 92069
Phone (760) 740-0515

JAMES N. MAYNARD, ESQ. (STATE BAR # 165407)
1299 Deer Springs Rd., Suite 13
San Diego, CA 92069
Phone (760) 740-0515
Fax: (760) 539-8011

Attorney for Defendant WAYNE JOSEPH JONES

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, | )<br>) Case Number SCN 195245<br>) |
| Plaintiff, | )<br>) PROOF OF SERVICE<br>) |
| Vs. | )<br>) |
| WAYNE JOSEPH JONES, | )<br>) |
| Defendant. | )<br>)<br>) |
| _____ | ) |

PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and

not a party to the within action. My business address is 1299 Deer Springs Rd., Suite 13

San Diego, CA 92069.

On June 30, 2006, I served the foregoing documents described as:

**DEFENDANT'S SENTENCING STATEMENT AND ROMERO
MOTION TO STRIKE A PRIOR CONVICTION AND PRISON TERM**

on the interested parties in this action by placing a true copy thereof by personal service
as follows:

Deputy District Attorney NATALIE VILLAFLOR
Office of the District Attorney
5TH Floor
325 Melrose Dr.
Vista, CA 92801

[ X ]   **VIA U.S. MAIL:**  I caused the above-referenced document to be served on the interested
parties in the above list by placing a true and correct copy of said document in a sealed
envelope, with priority mail postage, prepaid, thereon.  I am "readily familiar" with the
firm's practice of collection and processing of correspondence for mailing.  Under that
practice, it would be deposited with U.S. Postal Service on that same day with postage
thereon fully prepaid at San Marcos, California, in the ordinary course of business.  I am
aware that on motion of the party served, service is presumed invalid if postal cancellation
date or postage meter date is more than one day after date of deposit for mailing affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Executed on June 30, 2006 at San Diego, California.

JAMES N. MAYNARD

**PROOF OF SERVICE**

101

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

CN195245 ___ DA ___ BA555201

☐ CENTRAL  ☒ NORTH  ☐ EAST  ☐ SOUTH

DATE __07-08-05__ AT __07:30__ M.   05708897   SUP READINESS CONF

PRESENT: HON. __K. MICHAEL KIRKMAN__   JUDGE PRESIDING DEPARTMENT __005__

CLERK __SHELTON/MOORE__   REPORTER __D'ANNE VANDENBURGH   #11726__   CSR#

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

THE PEOPLE OF THE STATE OF CALIFORNIA
                                          VS.
JONES   WAYNE   J                        S - P.D.   DEPUTY DISTRICT ATTORNEY
                DEFENDANT                ATTORNEY FOR DEFENDANT (PD/APD/PCC/RETAINED)

VIOLATION OF 1) *PC484
ALLEG(S) __Whole Ct. 1__                                    INT _____  ON FILE / SWORN PI
PRIOR(S) PC1203.2(E)(4) PC4(67.5)(B)/1618 PC(667.5)(B)-(I)/1170.12/1203 LANGUAGE _____

DEFENDANT ☐ PRESENT ☒ NOT PRESENT ☐ NOT PRODUCED   Trial 7.28.05

PRELIM / TRIAL DATE CONFIRMED / REMAINS AS SET / VACATED.  ☐ READINESS ☐ MOTIONS REMAIN(S) AS SET / VACATED.

| | |
|---|---|
| **R E A D I N E S S** | ☐ DEFENDANT ADVISED OF RIGHTS, WAIVES RIGHTS.  ☐ DEFT. SWORN & EXAMINED.  ☐ DEFENDANT WITHDRAWS "NOT GUILTY" PLEA AND NOW PLEADS<br>☐ GUILTY  ☐ NOLO CONTENDERE TO:<br><br><br><br><br>☐ PEOPLE V. WEST PLEA.  ☐ COUNSEL & DEFENDANT STIPULATE TO PRELIMINARY / GRAND JURY TRANSCRIPT AS FACTUAL BASIS OF PLEA.<br>☐ ON MOTION OF COURT / PEOPLE / DEFENDANT COUNT(S)_____ REMAINING  IS / ARE DISMISSED FOJ / VOP.<br>☐ ON MOTION OF COURT/ PEOPLE / DEFENDANT ALLEGATION(S)/PRIOR(S)_____ REMAINING  IS / ARE STRICKEN FOJ / VOP.<br>☐ PC 1210 ☐ ACCEPTED. ☐ DECLINED.  ☐ PC 1000, DEFERRED ENTRY OF JUDGMENT, GRANTED_____ MOS. / YRS.  TIER I / TIER II.<br>☐ DEFENDANT TO PAY  ☐ $_____ ADMIN FEE ☐ $_____ DEJ RESTITUTION FEE PER PC 1001.90  BY_____ |
| **C U S T S T A T** | ☒ DEFT REMANDED TO THE CUSTODY OF SHERIFF ☐ WITHOUT BAIL ☒ WITH BAIL SET AT / REDUCED TO / INCREASED TO $ _70,000._ ☐ PC 1275<br>☐ DEFT TO REMAIN AT LIBERTY  ☐ ON BOND POSTED $_____ ☐ ON OR / SOR.<br>☐ DEFT ORDERED RELEASED FROM CUSTODY  ☐ ON OR / SOR  ☐ PROBATION  ☐ CASE DISMISSED.  ☐ ACQUITTED.  ☐ THIS CASE ONLY. |
| **F U T U R E H R G S** | **WAIVERS:** ☐ STATUTORY TIME PRELIM / TRIAL / JUDGMENT. ☐ PRELIM  ☐ SPEEDY TRIAL  ☐ HARVEY / ARBUCKLE  ☐ PRESENCE AT POST-SENTENCE HRG.<br>☐ WAIVES ATTY / INTERPRETER CONFLICT FOR THIS HRG. ☐ COMPL. DEEMED INFO, IMMED. ARRAIGNMENT (SEE CRM-2A) ☐ IMMED. SENTENCING (SEE CRM-2B).<br>FOURTH AMENDMENT WAIVER: ☐ IS IMPOSED AS A CONDITION OF RELEASE / PROBATION.  ☐ REMAINS IN EFFECT.  ☐ IS DELETED.<br>__Trial__ IS SET FOR / CONT'D / TRAILED TO __7-28-05__ AT __8:45__ IN DEPT. __5__<br>ON MOTION OF COURT / PEOPLE / DEFT.  REASON: ___to co___ EST. PRELIM: _____ DAYS LEFT (TRIAL) __8__<br>☐ READINESS IS SET FOR / CONT'D TO _____ AT _____ IN DEPT. _____ MOTIONS DUE: _____ |
| **B O N D S W R N T S** | ☐ BENCH WARRANT TO ISSUE, BAIL SET AT $_____.  ☐ SERVICE FORTHWITH.  ☐ ORDERED WITHHELD TO _____<br>☐ BENCH WARRANT ISSUED / ORDERED _____ IS RECALLED / RESCINDED.<br>☐ BAIL IS  ☐ EXONERATED ☐ FORFEITED.  AMOUNT $_____ . BOND NO. _____<br>BOND COMPANY _____ AGENT _____<br>☐ BAIL FORFEITURE OF _____ IS SET ASIDE / REINSTATED / EXONERATED.  SURETY TO PAY $_____ W/IN 30 DAYS.  ☐ FEES WAIVED. |
| **M H** | ☐ PROCEEDING SUSPENDED PER PC 1368.  MENTAL COMPETENCY EXAMINATION ON _____ AT _____<br>BY FORENSIC PSYCHIATRY CLINIC.  FEMALES, ROOM 1003, CENTRAL COURTHOUSE; MALES , CENTRAL DETENTION FACILITY.<br>HEARING ON _____ AT _____ IN DEPARTMENT _____, CENTRAL COURTHOUSE.<br>☐ THE SHERIFF IS ORDERED TO TRANSPORT DEFENDANT TO AND FROM THE EXAMINATION AND HEARING SHOWN ABOVE. |
| **P R O B T N R F R L** | ☐ REPORT ORDERED: ☐ PRESENTENCE. ☐ POST-SENTENCE, COPY TO BE SENT DIRECTLY TO DEPT. OF CORRECTIONS PER PC 1203c.<br>☐ DEFENDANT FOUND GUILTY BY ☐ JURY VERDICT. ☐ COURT FINDING. ☐ DEFT. WAIVES POST-SENTENCE INTERVIEW.<br>☐ DEFT. ORDERED TO REMAIN IN COURTROOM UNTIL INTERVIEWED BY COURT PROBATION OFFICER FOR A LIMITED REPORT.<br>☐ DEFENDANT REFERRED TO / ORDERED TO REPORT IMMEDIATELY TO PROBATION DEPT. FOR INTERVIEW:  ☐ 3977 OHIO STREET, SAN DIEGO<br>☐ 330 W. BROADWAY, 5TH FL, SAN DIEGO ☐ 325 S. MELROSE, VISTA ☐ 250 E. MAIN ST., 8TH FL, EL CAJON ☐ 1727 SWEETWATER ROAD, NATIONAL CITY. |

OTHER:

JoAnt Weber                          K. Michael Kirkman

                                     JUDGE OF THE SUPERIOR COURT
                                     K. Michael Kirkman, Judge

SDSC CRM-2C(Rev. 5-04)

CRIMINAL MINUTES - MISCELLANEOUS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ENDORSED FILED**

NOV 3 0 2007

R. REED, Chief Administrative Officer
LASSEN COUNTY COURTS

By_____Deputy

S Glines

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF LASSEN

| | |
|---|---|
| In the Matter of the Petition of | Case No. CHW - 2389 |
| JOSEPH W. JONES-BEY | ORDER DENYING PETITION |
| | FOR WRIT OF HABEAS CORPUS |
| For Writ of Habeas Corpus | |

         The petition herein seeks an order of this court that the authorities at High Desert State Prison complete a General Chrono (CDC128-B) of unspecified content. The context of this request appears in a fragment of a Second Level Response letter (page 3) re appeal log HDSP-07-1457 and RJD-4-06-01463 signed by R. K. Wong for Chief Deputy Warden M. D. McDonald, wherein highlighted language refers to such action in the event an inmate *clearly* does not qualify for meritorious credit under Penal Code §2935 (emphasis added). The failure to complete such chrono does not appear to the court to be an action adversely affecting the petitioner, and in any event it does not appear that the petitioner has appealed the issue to the Director's Level as indicated at the final paragraph of said exhibit. The petition for writ of habeas corpus is denied.

Dated: November 30, 2007

COMMISSIONER

_____
**Superior Court Commissioner**

Appendix

h

Appendix          M



**THE STATE BAR
OF CALIFORNIA**

OFFICE OF THE CHIEF TRIAL COUNSEL
INTAKE

1149 SOUTH HILL STREET, LOS ANGELES, CALIFORNIA 90015-2299

TELEPHONE: (213) 765-1000
TDD: (213) 765-1566
FAX: (213) 765-1168
http://www.calbar.ca.gov

January 28, 2008

Joseph W. Jones, #D-41658
P.O. Box 2900066 / B4-204
Represa, CA. 95671

RE:   Inquiry Number:      08-11123
      Respondent:          James N. Maynard, Donald M. Rosenstock & Sherry C. Stone

Dear Mr. Jones:

We have received your complaint, on 1/17/08, against James N. Maynard, Donald M. Rosenstock & Sherry C. Stone. Your allegations may be grounds for a criminal appeal or a civil claim for damages but they do not form the basis for discipline. You may wish to consult with an attorney with regard to the criminal appeal or any civil remedies.

Our decision to close your complaint is not a determination that the attorney acted properly, it is only a determination that there is insufficient evidence that the attorney wilfully violated the applicable ethical rules. In the event that the court makes a finding that the attorney(s) committed misconduct, please provide that information along with <u>copies</u> of any relevant court papers and we will re-evaluate your complaint at that time.

OFFICE OF THE CHIEF TRIAL COUNSEL/INTAKE
N11

# John Ballard
PI 005843

Investigations & Polygraph
<u>Telephone: (619) 234-7700</u>

2414 Front Street, Suite 13
<u>San Diego, CA 92101-1439</u>

December 21, 2005

Wayne J. Jones
Booking # 5708897
Vista Detention Facility
325 'S' Melrose Drive
Vista, CA 92083

     Re:   People vs. Wayne J. Jones
   Subject:  <u>Full & Complete Refund of Retainer for Investigation</u>

As we have discussed on the telephone, I insist on returning to you a <u>Full & Complete Refund</u> payment of the entire Three hundred ($300.00) dollars Retainer you and your Wife provided to me to perform Investigative Services for your Defense Attorney, Donald Rosenstock, in your above entitled Criminal Court Case.

As your directed, and I agreed, in order to complete this transaction, I am sending my enclosed Check # 441 to you at your present location in the Vista Detention Facility, with my Check being made out to you, instead of to your Wife, for the Full and Complete Refund of the Three hundred ($300.00) dollars.

I wish to state again that I am not doing this because I did not make reasonable efforts and attempts to accomplish the Tasks that you and Defense Attorney Rosenstock gave me. The fact is, however, that my efforts and attempts did not accomplish the Tasks, and therefore they were of no use or benefit to you in your Defense.

I am doing this because I feel that you and your Wife need all of this money much more than I do; considering your current situation of incarceration and facing Trial, and you and your Wife still needing to do everything you both can to "bring out the truth" so you can win your very difficult Case.

I sincerely wish my efforts and attempts would have been successful in helping you; but they were not. I hope this Full and Complete Refund will be useful to both of you.

Yours truly,

*John E. Ballard*

John E. Ballard
Private Investigator

    cc:   Donald Rosenstock, Esq.

JOHN E. BALLARD
2414 FRONT ST., UNIT 13
SAN DIEGO, CA 92101-1439

90-7162/3222
4882223393

441

DATE 12-21-05

PAY TO THE
ORDER OF    Wayne J. Jones                    $ X 300.00

X Three Hundred and no/100 _____ DOLLARS

Washington Mutual

Washington Mutual Bank, FA
San Diego-Park West Financial Center 0689
2551 5th Ave
San Diego, CA 92103    1-800-788-7000
                        24 Hour Customer Service

Gold
Customer

NOTES    Full & Complete Refund    John E. Ballard

⑆322271627⑆ 4882223393⑆ 0441

**SAN DIEGO COUNTY SHERIFF'S DEPARTMENT**
**DETENTION FACILITY SERVICES**

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name:<br>*Nombre del Encarcelado:* | Booking No.:<br>*Número:* | Facility:<br>*Cárcel:* | Housing Unit:<br>*Tanque:* |
|---|---|---|---|
| | | | |

MR. John ATWell.
1316 Helix View DR    # 619-440-2827
ELCAjon , C.A. 92020
      PLease MR. ROSenstock.
get him a ConRT oRdeR. I've
CAll yon A Nnmber of time's And
Left message's.

      P.S. Soon as Anita, Send
yon the pAper WoRk. I'll Sign
Whatever I Have to, to keep my
WoRD SiR.
      please Send Robin, A Bill,
And me A copy of the contract.
Thank yon! SiR & GOD
Bless.

                    Joseph W. Jones Sr.

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

- 2 -

COMPLAINT FORM
Read reverse side before filing in this form.

Date 12-10-06

1)  Your name and address Joseph W. Jones SR. #D-41658
P.O. BOX 799004   F4-17-102  S.D. C.A. 92179

2)  Telephone number:    Residence 323-299-7010    Work _____

3)  The name, address and telephone number of the attorney being complained about. (See note below.)    Ste 830
MR. Donald Rosenstock. 9460 Wilshre BL
Beverly Hills, C.A. 91206    # 760-742-0077

4)  Have you or a member of your family complained about this attorney previously?
Yes ____, No X . If yes, please state to whom the previous complaint was made, its approximate date and disposition.
_____
_____

5)  Did you employ the attorney? Answer yes or no and, if "yes," give the approximate date you employed him or them and the amount, if any, paid to him.
yes I employ him with $3.000 dollar's in July 02
2005 I believe.

6)  If your answer to 5 above is "no," what is your connection with the attorney? Explain briefly.
_____
_____

7)  Write out on a separate piece of paper and send with this form a statement of what the attorney did or did not do that you are complaining about. Please state the facts as you understand them. Do not include opinions or arguments. If you employed the attorney, state what you employed him to do. Sign and date such separate piece of paper. Further information may be requested. (Attach copies of pertaining documents.)

8)  If your complaint is about a law suit, answer the following, if known:
(a)    Name of court (For example, Superior Court or Municipal - in what county)
Vista Superior Court  S.D. County

(b)    Title of the suit (For example, Smith against Jones).
_____

(c)    Number of the suit _____

(d)    Approximate date the suit was filed _____

(e)    If you are not a party to this suit, what is your connection with it? Explain briefly.
PEO VS Jones. Case No: SCN19524
S.D. County. I'am the party

(9)  Size of law firm complained about (*)
1 Attorney X    2 - 10 Attorneys ____    11 + Attorneys ____    Don't know ____    Govt Attorney ____

NOTE:  If you are complaining about more than one attorney, write out the information about each in answer to questions 3 through 8 above on separate sheets if necessary.

(*) Section 6095.1 of the Business and Professions Code mandates that the State Bar compile statistics concerning the size of the attorneys law firm - solo practitioner, small law firm (2-10 attorneys and large law firm (11 + attorneys).

Mail to:
Office of the Chief Trial Counsel/Intake
State Bar of California
1149 South Hill Street
Los Angeles, California 90015-2299

Signature: Joseph W. Jones Sr.

I, Joseph W. Jones SR. given MR. Rosenstock.
$3.000 dollar's to take my case.

up on the one of the time's I meet
with MR. Rosenstock, he did Not Know me, And
I Notice it was a problem. I EVEN have
on Record the Judge Explain to Rosenstock,
my deal was NeveR (6) year's bnt (8) year's.

MR. Rosenstock, did Not do EVEN one motion
He did Nothing Bnt make mistake's, he
EVEN given ME All the Witnesses Address
And phone No's. He has ALheimers.

MR. Rosenstock, did Nothing bnt put
my case OFF for $3.000 And Never gotten
The Deal he told me And my family he
gotten for (6) year's. Rosenstock, Shonld
Not be a LAWYER any more. just talk
to him. I'am Requesting Arbitration
on Fee's form From your office of the
STATE BAR With this Complaint.

Date: 12 - 18 - 06          x _Joseph W. Jones Sr_
                            Joseph W. Jones

## VERIFICATION

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

( C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746 )

I, J.W. JONES SR. DECLARE UNDER THE PENALTY OF PERJURY
THAT : I AM THE Declarant/Prisoner IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS
TRUE OF MY OWN KNOWLEDGE , EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND
BELIEF, AND AS TO THOSE MATTERS , I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 18 DAY OF DEC 06 , AT R.J.D.
STATE PRISON, 480 Alta Road, San Diego, CA 92179

(SIGNATURE) Joseph W. Jones Sr.
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746 )

I, J.W. JONES SR. AM A RESIDENT OF R.J.D. STATE PRISON, IN THE COUNTY
OF S.D. STATE OF CALIFORNIA; I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM I AM
NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: _____

Complaint

ON 12-18-06 , I SERVED THE FOREGOING:

Complaint on a Attorney

(SET FORTH EXACT TITLE OF DOCUMENT IS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE
(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO
PROVIDED AT Richad J. Donovan Correctional Facility                    Ste 830

MR. MARK Irwin Bledstein.        MR. D. Rosenstock.
15915 Ventura BL Ste 203         9460 Wilshre BL
Encino, C.A. 91436               Beverly Hills, C.A.
                                          91206
STATE BAR                        CHESTER HOLLEY
1149 S. Hill Str                 # P-84324
L.A., C.A. 90015-2299

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS
REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO
ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: 12-18-06       Joseph W. Jones Sr.
                          (DECLARANT/PRISONER)

THE STATE BAR OF CALIFORNIA

## COMPLAINT FORM
**Read reverse side before filing in this form.**

Date 12-10-06

Your name and address Joseph W. Jones SR. #D-41658

P.O. BOX 799004  F4-17-102  S.D. C.A. 92179

Telephone number:    Residence 323-299-7010    Work _____

The name, address and telephone number of the attorney being complained about. (See note below.)    Ste 830

MR. Donald Rosenstock. 9460 Wilshre BL

Beverly Hills, C.A. 91206    # 760-742-0077

Have you or a member of your family complained about this attorney previously?
Yes ____ , No X . If yes, please state to whom the previous complaint was made, its approximate date and disposition.

_____

_____

Did you employ the attorney? Answer yes or no and, if "yes," give the approximate date you employed him or them and the amount, if any, paid to him.

yes ol employ him With $3.000 dollar's in July 02

2005 ol believe.

If your answer to 5 above is "no," what is your connection with the attorney? Explain briefly.

_____

_____

Write out on a separate piece of paper and send with this form a statement of what the attorney did or did not do that you are complaining about. Please state the facts as you understand them. Do not include opinions or arguments. If you employed the attorney, state what you employed him to do. Sign and date such separate piece of paper. Further information may be requested. (Attach copies of pertaining documents.)

If your complaint is about a law suit, answer the following, if known:
(a)    Name of court (For example, Superior Court or Municipal - in what county)

Vista Superior Court  S.D. County

(b)    Title of the suit (For example, Smith against Jones).

_____

(c)    Number of the suit _____

(d)    Approximate date the suit was filed _____

(e)    If you are not a party to this suit, what is your connection with it? Explain briefly.

PEO VS Jones, Case No: SCN19524

S.D. County. ol'am the party

Size of law firm complained about (*)
1 Attorney X    2 - 10 Attorneys ____    11 + Attorneys ____    Don't know ____    Govt Attorney ____

NOTE:    If you are complaining about more than one attorney, write out the information about each in answer to questions 3 through 8 above on separate sheets if necessary.

(*) Section 6095.1 of the Business and Professions Code mandates that the State Bar compile statistics concerning the size of the attorneys law firm - solo practitioner, small law firm (2-10 attorneys and large law firm (11 + attorneys).

Mail to:
Office of the Chief Trial Counsel/Intake
State Bar of California
1149 South Hill Street
Los Angeles, California 90015-2299

Signature: Joseph W. Jones Sr.

I. Joseph W. Jones SR. given MR. Rosenstock. $3.000 dollar's to take my case.

up on the one of the time's I meet with MR. Rosenstock, he did Not Know me, And I Notice it was a problem. I EVEN have on Record the Judge Explain to Rosenstock, my deal was Never (6) year's but (8) year's. MR. Rosenstock, did Not do EVEN one motion He did Nothing But make mistake's, he EVEN given me All the Witnesses Address And phone No's. He has ALheimers.

MR. Rosenstock, did Nothing but put my case OFF for $3.000 And Never gotten The Deal he told me And my family he gotten for (6) year's. Rosenstock, Should Not be a LAWYER any more. just talk to him. I'am Requesting Arbitration on Fee's form From your office of the STATE BAR with this Complaint.

DATE: 12 - 18 - 06                    X _Joseph W. Jones Sr_
                                              _Jones_

## COMPLAINT FORM
### Read reverse side before filing in this form.

Date _____

(1)   Your name and address  Joseph W. Jones Sr. #D-41658
P.O. Box 799004  F4-17-102   S.D.  C.A.  92179

(2)   Telephone number:   Residence  323-299-7010   Work _____

(3)   The name, address and telephone number of the attorney being complained about.  (See note below.)
MR. James N. Maynard. 1299 Deer Spring RD Ste 13
San Marcos, C.A. 92069

(4)   Have you or a member of your family complained about this attorney previously?
Yes _____, No _____. If yes, please state to whom the previous complaint was made, its approximate date and disposition.
_____
_____

(5)   Did you employ the attorney? Answer yes or no and, if "yes," give the approximate date you employed him or them and the amount, if any, paid to him.
yes of made A contract with this Attorney on
the funds of my Wor's com case only if he Went to Trial

(6)   If your answer to 5 above is "no," what is your connection with the attorney? Explain briefly.  on my other case.
_____

(7)   Write out on a separate piece of paper and send with this form a statement of what the attorney did or did not do that you are complaining about.  Please state the facts as you understand them.  Do not include opinions or arguments.  If you employed the attorney, state what you employed him to do.  Sign and date such separate piece of paper.  Further information may be requested. (Attach copies of pertaining documents.)

(8)   If your complaint is about a law suit, answer the following, if known:
(a)   Name of court (For example, Superior Court or Municipal - in what county)
Worker's com case

(b)   Title of the suit (For example, Smith against Jones).
Joseph, Jones. W.C.A.B. Case No! LA00866662

(c)   Number of the suit _____

(d)   Approximate date the suit was filed _____

(e)   If you are not a party to this suit, what is your connection with it? Explain briefly.
I'am the party.

(9)   Size of law firm complained about (*)
1 Attorney  ✗   2 - 10 Attorneys _____   11 + Attorneys _____   Don't know _____   Govt Attorney _____

NOTE:   If you are complaining about more than one attorney, write out the information about each in answer to questions 3 through 8 above on separate sheets if necessary.

Mail to:
Office of the Chief Trial Counsel/Intake
State Bar of California
1149 South Hill Street
Los Angeles, California 90015-2299

(*) Section 6095.1 of the Business and Professions Code mandates that the State Bar compile statistics concerning the size of the attorneys law firm - solo practitioner, small law firm (2-10 attorneys and large law firm (11 + attorneys).

Signature: _____

RE: STATE BAR Complaint.

ISSUE: Add Pg to complaint.

Attorney J. Maynard, I feel he is Very unprofessional. he stated his fee's Would be only $3900.00 if he went to Trial because when he taken my case there was No Reignment, And pre-Lim.

Attorney J. Maynard, Explain to me That he take case's for $3900.00 as mine for Everything from Arignment to Trial, he said I would get a deal Because he didn't have to Do Alot of Work on my case.

I paid Attorney J. Maynard. $1400.00 CASH, And he ask me to sign my wor's com case over to him only if he had to go to Trial.

Attorney Maynard, file A nn-timely 17 B motion. Judge talk abont him at sen-Tence bnt did he try to make up for

-1-

it when the Judge open the door for him to
Fight for me, And his Respect No.

The Judge ASK Was it any Reason senten-
cing Should Not be heard on 07-12-06 & Explain
to MR. MAYNARD, it Was a few issue Why, And
Just Let the Judge Know the issue's but he
Refuse to Explain to the Judge my wife's Life
Was at a issue, And my medical Treatment
for H.C.V. & Back, And A Needed operation.

MR. MAYNARD, Refuse to fight for me. he
Also will Not give me a copy of Transcript's
Are contract's. he will Not Answer my
Mail are call's but he will call my wife
And try to get money out her for any
Dumb reason he think of. I'am the one
who gotten the to give me (5) year's by
The Report's I received." I'am Requesting
Arbitration on Fee's form From your office
of the STATE BAR with this Complaint."

~2~

This is (2) complaint's one (1) on a Wor's com issue & sign over to him only case we had to go to Trial.

(2) complaint on how bad of a job He did, And Fee's.

Attoney Maynard, has did No work on this Worker's com case to try to Resolve it. he Refuse to send me my case file. & sent him a substitution form he still Refuse to be professional. & WANt My case file, And him off the case. &'am in pro per on this Wor's com case. & don't want anything to do with mr maynard. please help me Resolve my issue's

Thank you & GOD Bless.


DATE:


X _____
      Joseph W. Jones

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA        )
                           ) SS
COUNTY OF  SAN DIEGO )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, MR. J W. JONES SR. , am a resident of the State of California and am
over the age of eighteen years and am not a party to the above-entitled action.  My address is listed below.

On _____, I served the following documents:

Substution  For  Attorney  And  State  BAR  complaint

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid
in the United States Mail by delivering to prison officials for processing through the Institution's internal
legal mail system at San Diego California, addressed as follows::

MR. JAMES N. MAYNarD.          C.A.  STATE  BAR
1299  Deer  Spring  RD  Ste 13   1149  S. Hill  Str
San Marcos ,  C.A.  92069         L.A. ,  C.A. 90015

Tracy  CaldWell. Claims AdjusteR.
Joyce  Latham.  Claims  REP
P.O. BOX  659011
SACramento ,  C.A.  95865

I declare under penalty of perjury under the laws of the State of California and the
United States of America that the foregoing is true and correct.  Executed in the County of San Diego,
California on _____

MR. Joseph W. Jones SR

P.O. Box 799004
San Diego, CA    92179-9004

Pursuant to the holding of the United States Supreme Court in Houston v. Lack 108 S. Ct. 2379, 487
U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on
the date they are delivered to prison staff for processing and mailing via the Institution's internal
legal mail procedures.

Appendix  N



# County of San Diego

**Mack Jenkins**
CHIEF PROBATION OFFICER
(858) 514-3148
FAX: (858) 514-3121

DEPARTMENT OF PROBATION

POST OFFICE BOX 23597, SAN DIEGO, CALIFORNIA, 92193-3597

December 19, 2007

Mr. Joseph W. Jones-Bey
D-41658
P.O. Box 290066 B1-205
Represa, CA 95671

Dear Mr. Jones:

I am in receipt of your letter signed by you, and dated December 13, 2007, in which you inquire if you are re-sentenced on your current case, will the San Diego County Probation Department review your case-file. You have also requested a copy of the last letter that this Department sent to you in reply to your earlier request for assistance in finding a drug program.

Please understand that the San Diego Probation Department no longer has jurisdiction regarding your past cases. In the event you are re-sentenced and the Court orders a new pre-sentence report to be prepared by this Department then, as a matter of course, the facts pertaining to your re-sentencing will be thoroughly investigated in the preparation of that report.

As per your request a signed copy of our response letter dated October 15, 2007, has been enclosed. Additionally, all materials included with your most recent request are also enclosed.

Sincerely,

JOHN E. HENSLEY
DEPUTY CHIEF PROBATION OFFICER
ADULT FIELD SERVICES

JEH:lsp

Enclosure

# PROOF OF SERVICE

(C.C.P. §2015.5; 28 U.S.C. §1745)

I, Joseph W. Jones-Bey, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

P.O. Box 290066
Represa, C.A.
95671

On, 03-19-, 08, I served the following documents: 1983 Civil Right's Action _____ on the below named individuals by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. Eastern Dis          2. _____
501 1 St Snite 4-200    _____
Sacramento, C.A.        _____
       95814 -          _____
         2322           _____

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this __19__ day of __MAR__, __08__, at California State Prison at Sacramento, Represa, California.

(Signature) MR. Joseph W. Jones-Bey.
Declarant

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Joseph W. Jones-Bey

**DEFENDANTS**

Harrahs Casino

2354    1983

FILING FEE PAID    Yes    No

IFP MOTION FILED    Yes    No

COPIES SENT TO

Court    Press

**FILED**

APR 1 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** Kern
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Joseph W. Jones-Bey
PO Box 290066
Represa, CA 95671
D-41658

**ATTORNEYS (IF KNOWN)**

'08 CV 0680 L CAB

| II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY) | III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT |
|---|---|

| | | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐x 3 Federal Question (U.S. Government Not a Party) | Citizen of This State ☐1 ☐1 | Incorporated or Principal Place of Business in This State | ☐4 ☐4 | | |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State ☐2 ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 ☐5 | | |
| | | Citizen or Subject of a Foreign Country ☐3 ☐3 | Foreign Nation | ☐6 ☐6 | | |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property | | ☐x 550 Civil Rights | | | ☐ 890 Other Statutory Actions |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☐x 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY (See Instructions): | JUDGE | Docket Number |
|---|---|---|

| DATE | 4/14/2008 | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|---|

R Miller

