**Plaintiff/Petitioner/Movant's Name:** J.W. Jones-Bey SR.

**Prison Number:** #D-41658

**Place of Confinement:** P.O. Box 290066, Represa, C.A. 95671

**Address:** CSP - SAC

FILED
APR 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID Yes ___ No ✓
IFP MOTION FILED Yes ___ No ___
COPIES SENT TO Court ✓ Prose ___

# United States District Court
## Southern District Of California

Joseph W. Jones-Bey
Plaintiff/Petitioner/Movant

v.

Harrahs Casino,
Defendant/Respondent

Civil No. '08 CV 0680 L CAB
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, _____, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☐ Yes ☐ No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration
   Are you employed at the institution?        ☐ Yes ☐ No
   Do you receive any payment from the institution?    ☐ Yes ☐ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                           ::ODMA\PCDOCS\WORDPERFECT\22835\1

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(**Incarcerated applicants only**)
(To be completed by the institution of incarceration)

I certify that the applicant __Joseph W. Jones-Bey__,
(NAME OF INMATE)

__# D-41658__,
(INMATE'S CDC NUMBER)

has the sum of $ __677.78-__ on account to his/her credit at __CSP-SACRAMENTO__

(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __0__,

and the *average monthly deposits* to the applicant's account was $ __0__.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__4/2/08__
DATE

__[signature]__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__KIM A. WIPF__
OFFICER'S FULL NAME (PRINTED)

__Acct CK II__
OFFICER'S TITLE/RANK

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY __[signature]__
TRUST OFFICE

CIV-67 (Rev. 9/97)   -4-   ::ODMA\PCDOCS\WORDPERFECT\22835\1

```
REPORT ID: TS3030  .701                                                                REPORT DATE: 04/02/08
                                                                                       PAGE NO:            1
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 CALIF STATE PRISON SACRAMENTO
                                 INMATE TRUST ACCOUNTING SYSTEM
                                 INMATE TRUST ACCOUNT STATEMENT

                          FOR THE PERIOD: SEP. 01, 2007 THRU APR. 02, 2008

ACCOUNT NUMBER : D41658                            BED/CELL NUMBER: FB4   1 00000016L
ACCOUNT NAME   : JONES, JOSEPH                     ACCOUNT TYPE: I
PRIVILEGE GROUP: D

                                    TRUST ACCOUNT ACTIVITY

     << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                                    CURRENT HOLDS IN EFFECT

DATE         HOLD
PLACED       CODE     DESCRIPTION                   COMMENT              HOLD AMOUNT
------       ----     -----------                   -------              -----------
12/20/2007   H110     COPIES HOLD                   701786COPY                  8.20
12/21/2007   H109     LEGAL POSTAGE HOLD            701795 LEG                  0.92
01/10/2008   H107     POSTAGE HOLD                  701926                      0.58
01/10/2008   H107     POSTAGE HOLD                  701926                      0.41
01/10/2008   H107     POSTAGE HOLD                  701926                      0.97
01/10/2008   H107     POSTAGE HOLD                  701926                      5.30
01/10/2008   H107     POSTAGE HOLD                  701926                      1.31
03/04/2008   H109     LEGAL POSTAGE HOLD            702523 LEG                  1.82
03/04/2008   H109     LEGAL POSTAGE HOLD            702523 LEG                  2.16
03/04/2008   H109     LEGAL POSTAGE HOLD            702523 LEG                  1.65
03/04/2008   H109     LEGAL POSTAGE HOLD            702523 LEG                  5.05
03/04/2008   H109     LEGAL POSTAGE HOLD            702523 LEG                  0.75
03/04/2008   H109     LEGAL POSTAGE HOLD            702523 LEG                  0.41
03/04/2008   H109     LEGAL POSTAGE HOLD            702523 LEG                  0.41
03/04/2008   H109     LEGAL POSTAGE HOLD            702523 LEG                  0.58
03/04/2008   H109     LEGAL POSTAGE HOLD            702527 LEG                  1.48
03/04/2008   H109     LEGAL POSTAGE HOLD            702527 LEG                  1.14
03/06/2008   H109     LEGAL POSTAGE HOLD            702578 LEG                  0.75
03/06/2008   H109     LEGAL POSTAGE HOLD            702578 LEG                  1.99
03/07/2008   H109     LEGAL POSTAGE HOLD            702609 LEG                  5.30
03/07/2008   H109     LEGAL POSTAGE HOLD            702609 LEG                  0.58
03/07/2008   H109     LEGAL POSTAGE HOLD            702609 LEG                  0.97
03/11/2008   H109     LEGAL POSTAGE HOLD            702637 LEG                  6.65
03/11/2008   H109     LEGAL POSTAGE HOLD            702637 LEG                  2.16
03/11/2008   H109     LEGAL POSTAGE HOLD            702637 LEG                  1.99
03/11/2008   H109     LEGAL POSTAGE HOLD            702649 LEG                  1.99
03/11/2008   H109     LEGAL POSTAGE HOLD            702649 LEG                  2.33
03/17/2008   H109     LEGAL POSTAGE HOLD            702708 LEG                  2.50
03/18/2008   H109     LEGAL POSTAGE HOLD            702724 LEG                  1.82
03/19/2008   H109     LEGAL POSTAGE HOLD            702750 LEG                  2.16
03/19/2008   H109     LEGAL POSTAGE HOLD            702750 LEG                  0.80
03/19/2008   H109     LEGAL POSTAGE HOLD            702750 LEG                  0.97
03/19/2008   H109     LEGAL POSTAGE HOLD            702750 LEG                  0.80
03/19/2008   H109     LEGAL POSTAGE HOLD            702750 LEG                  0.41
03/19/2008   H118     LEGAL COPIES HOLD             702754COPY                 10.00
03/19/2008   H118     LEGAL COPIES HOLD             702754COPY                 28.20
03/19/2008   H118     LEGAL COPIES HOLD             702754COPY                 21.00
03/19/2008   H118     LEGAL COPIES HOLD             702756 SUP                  1.20
03/20/2008   H109     LEGAL POSTAGE HOLD            702772 LEG                  5.30
```

```
REPORT ID: TS3030   .701                                              REPORT DATE: 04/02/08
                                                                      PAGE NO:            2
                          CALIF STATE PRISON SACRAMENTO
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: SEP. 01, 2007 THRU APR. 02, 2008

ACCT: D41658       ACCT NAME: JONES, JOSEPH                      ACCT TYPE: I

                              CURRENT HOLDS IN EFFECT

DATE         HOLD
PLACED       CODE       DESCRIPTION          COMMENT              HOLD AMOUNT
----------   ----       -----------          -------              -----------
03/20/2008   H109    LEGAL POSTAGE HOLD   702772 LEG                     5.30
03/21/2008   H109    LEGAL POSTAGE HOLD   702786 LEG                     1.14
03/21/2008   H109    LEGAL POSTAGE HOLD   702786 LEG                     0.80
03/21/2008   H109    LEGAL POSTAGE HOLD   702786 LEG                    10.35
03/25/2008   H109    LEGAL POSTAGE HOLD   702801 LEG                     5.30
03/25/2008   H109    LEGAL POSTAGE HOLD   702801 LEG                     2.16
03/26/2008   H118    LEGAL COPIES HOLD    702840COPY                   105.50
03/26/2008   H118    LEGAL COPIES HOLD    702840COPY                    62.60
03/26/2008   H118    LEGAL COPIES HOLD    702840COPY                    73.50
03/26/2008   H118    LEGAL COPIES HOLD    702840COPY                    94.40
03/26/2008   H118    LEGAL COPIES HOLD    702840COPY                    95.20
03/26/2008   H118    LEGAL COPIES HOLD    702840COPY                    63.20
03/26/2008   H118    LEGAL COPIES HOLD    702840COPY                     6.40
03/26/2008   H118    LEGAL COPIES HOLD    702840COPY                    14.00
03/27/2008   H109    LEGAL POSTAGE HOLD   702849 LEG                     1.48
04/01/2008   H109    LEGAL POSTAGE HOLD   702868 LEG                     0.41
04/01/2008   H109    LEGAL POSTAGE HOLD   702868 LEG                     0.58
04/01/2008   H109    LEGAL POSTAGE HOLD   702868 LEG                     1.14

                              TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL         TOTAL         CURRENT        HOLDS      TRANSACTIONS
 BALANCE      DEPOSITS    WITHDRAWALS      BALANCE       BALANCE     TO BE POSTED
---------     --------    -----------      -------       -------     ------------
    0.00         0.00         0.00           0.00        677.78          0.00

                                                                       CURRENT
                                                                      AVAILABLE
                                                                       BALANCE
                                                                      ---------
                                                                        677.78-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY 
   TRUST OFFICE